

ORDERED in the Southern District of Florida on July 20, 2023.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,                                           Chapter 15
                                                               Case No.: 23-11719-MAM
    Debtor in a Foreign Proceeding.
_____/

AJ RUIZ CONSULTORIA EMPRESARIAL
S.A., solely as Judicial Administrator and
foreign representative of TINTO HOLDING
LTDA.,

    Plaintiff,
                                                               Adv.   Case No.   23-01118
v.

COLORADO INVESTMENT HOLDINGS
LLC, J&F INVESTIMENTOS S.A., JJMB
PARTICIPAÇÕES LTDA., and WWMB
PARTICIPAÇÕES LTDA.,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [ECF No. 15]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that James C. Tecce ("Visiting Attorney") may appear before this court pro hac vice as counsel for Colorado Investment Holdings LLC ("Client") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court.

Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney pro hac vice.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Daniel Humphrey
> Quinn Emanuel Urquhart & Sullivan LLP
> 2601 South Bayshore Dr., Suite 1550
> Miami, FL 33133
> (305) 402-4880
> (786) 850-3630
> (305) 901-2975
> danielhumphrey@quinnemanuel.com
> Florida Bar No. 1024695

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client(s). If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear Pro Hac Vice, and

2

absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

Submitted by:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Olga Vieira
Daniel L. Humphrey
2601 South Bayshore Dr, Suite 1550
Miami, Florida 33133
Telephone: 305-402-4880
Facsimile:  305-901-2975
Email: olgavieira@quinnemanuel.com

-and-

James C. Tecce (*pro hac vice* pending)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile:  212-849-7100
Email: jamestecce@quinnemanuel.com

-and-

Eric Winston (*pro hac vice* forthcoming)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
Email: ericwinston@quinnemanuel.com

*Counsel to Colorado Investment Holdings LLC*

(Counsel to Colorado Investment Holdings LLC shall serve a conformed copy of the foregoing order upon all interested parties and file a Certificate of Service with this Court)