UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

AUG 14 2023

FILED ___ RECEIVED ___

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

Chapter 15
Case No.: 23-11719-MAM

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., and WWMB PARTICIPAÇÕES LTDA.,

    Defendant.
_____/

Adv. Case No. 23-01118

## MOTION TO EXTEND THE DEADLINE TO FILE MOTION
## FOR WITHDRAWAL OF THE REFERENCE PURSUANT TO LOCAL RULE 5011-1

Plaintiff AJ Ruiz Consultoria Empresarial S.A., solely as Judicial Administrator and foreign representative of Tinto Holding Ltda. ("Plaintiff"), by and through undersigned counsel, hereby submits this Motion to Extend the Deadline to File Motion for Withdrawal of the Reference Pursuant to Local Rule 5011-1 ("Motion"), for entry of an order extending the deadline to withdraw the reference to 7 days after the filing of Plaintiff's amended complaint. In support of the Motion, Plaintiff states as follows:

1.  On May 24, 2023, Plaintiff commenced this adversary proceeding by filing a complaint [DE 1] against Defendant Colorado Investment Holdings LLC ("Colorado"), among other defendants.

2.  The Court entered a scheduling order stating that the parties must file a motion for withdrawal of the reference two business days before the scheduling conference, which is currently set for August 16, 2023. [DE 4].

3.  On July 31, 2023, Colorado moved to dismiss Plaintiff's complaint. [DE 18]. This motion remains pending before the Court.

4.  Plaintiff and Colorado (collectively, the "Parties") have agreed to a set of extended deadlines and procedure (the "Proposed Agreed Schedule"). Concurrently with this Motion, the Parties filed a motion requesting the Court adopt the Proposed Agreed Schedule.

5.  As noted in the Proposed Agreed Schedule, Plaintiff intends to amend the complaint. In light of the forthcoming amended complaint, which may demand a jury trial, Plaintiff respectfully requests that the Court move the deadline to file a motion for withdrawal of the reference to 7 days after the filing of Plaintiff's amended complaint.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order, substantially in the form attached hereto as **Exhibit A** and grant any other appropriate relief.

Dated: August 11, 2023

Respectfully submitted,
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: ggrossman@sequorlaw.com
nmiller@sequorlaw.com
jmosquera@sequorlaw.com

By: /s/ [signature]

2

Jennifer Mosquera
Florida Bar No.: 1018656
Gregory S. Grossman
Florida Bar No.: 896667
Nyana Abreu Miller
Florida Bar No. 92903

Derek T. Ho (*pro hac vice*)
Andrew E. Goldsmith (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
Eden M. Bernstein (*pro hac vice*)
Chase H. Robinett (*pro hac vice*)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com
ebernstein@kellogghansen.com
crobinett@kellogghansen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2023 a true and correct copy of the foregoing was conventionally filed and served upon all interested parties.

_____
Jennifer Mosquera

3

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,                          Chapter 15
                                                    Case No.: 23-11719-MAM

    Debtor in a Foreign Proceeding.
_____/

AJ RUIZ CONSULTORIA EMPRESARIAL S.A.,
solely as Judicial Administrator and foreign
representative of TINTO HOLDING LTDA.,
    Plaintiff,

                                                   Adv. Case No. 23-01118

v.

COLORADO INVESTMENT HOLDINGS LLC,
J&F INVESTIMENTOS S.A., JJMB
PARTICIPAÇÕES LTDA., and WWMB
PARTICIPAÇÕES LTDA.,
    Defendant.
_____/

**ORDER GRANTING MOTION TO EXTEND THE DEADLINE TO FILE MOTION**
**FOR WITHDRAWAL OF THE REFERENCE PURSUANT TO LOCAL RULE 5011-1**

        THIS CAUSE came before the Court, upon the Motion to Extend the Deadline to File Motion to Withdraw the Reference Pursuant to Local Rule 5011-1 ("Motion"). The Court has

1

considered the Motion and finds that all legal and procedural requirements have been satisfied so as to grant the relief requested therein. It is therefore,

ORDERED that the Motion is GRANTED as follows:

1. The Motion is **GRANTED**.

2. The Court extends the deadline to file a motion for withdrawal of the reference to 7 days after the filing of Plaintiff's Amended Complaint.

### # # #

Submitted by:
Jennifer Mosquera, Esq.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
jmosquera@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Mosquera shall serve a conformed copy of the foregoing order upon all interested parties and file a Certificate of Service with this Court)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourt.gov



# COVER SHEET TO ACCOMPANY ITEMS CONVENTIONALLY SUBMITTED FOR SEALING OR IN CAMERA REVIEW

**INSTRUCTIONS:** Items I through III must be completed by the party filer submitting an item for sealing or review. See Local Rule 5005-1(A)(4). Conventionally filed documents must be placed in a securely sealed envelope clearly marked with the warning **DOCUMENT UNDER SEAL**. Compliance with this provision is required.

## I. CASE INFORMATION:

Case Number: __23-0118-NAM__    Chapter: __15__

Name of Bankruptcy Case or Adversary Proceeding: __In re: Tinto Holding LTDA.__

## II. FILING INFORMATION:

Name of Filing Party: Sequor Law

Address of Filing Party: __1111 Brickell Avenue, Suite 1250, Miami, FL 33131__

Phone Number of Filing Party: __305.372.8282__

Filed on behalf of: __AJ Ruiz Consultoria Empresarial S.A__

## III. TYPE OF SUBMISSION (check all that apply):

☐ Sealed Document with: ☐ Unsealed Motion to Seal ☐ Sealed Motion to Seal

☐ Sealed Document pursuant to court order entered on: _____

   Docket Entry # _____

   [If conventionally filed, must attach a copy of order authorizing sealing, unless order is sealed]

☐ In Camera (Judicial) Review

LF-72 (rev. 02/01/20)