

**ORDERED in the Southern District of Florida on September 8, 2023.**

_Mindy A. Mora_
_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,                                   Chapter 15
                                                       Case No.: 23-11719-MAM
　　　Debtor in a Foreign Proceeding.
_____/

AJ RUIZ CONSULTORIA EMPRESARIAL S.A.,
solely as Judicial Administrator and foreign
representative of TINTO HOLDING LTDA.,
　　　Plaintiff,

                                                       Adv. Case No. 23-01118
v.

COLORADO INVESTMENT HOLDINGS LLC,
J&F INVESTIMENTOS S.A., JJMB
PARTICIPAÇÕES LTDA., and WWMB
PARTICIPAÇÕES LTDA.,
　　　Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART EX-PARTE AGREED**
**MOTION TO ADOPT SCHEDULING ORDER AND SETTING**
**SCHEDULING CONFERENCE ON DECEMBER 13, 2023 AT 10:00 AM**

THIS CAUSE came before the Court, upon the Ex-Parte Agreed Motion to Adopt Scheduling

Order ("Motion") [DE 29]. The Court has considered the Motion, the responses thereto [DE 31,

DE 35], and the presentations of counsel at the scheduling conference held August 23, 2023 at

10:00 a.m., and hereby ORDERS that the Motion is GRANTED IN PART and DENIED IN PART

as follows:

1.      Plaintiff shall file the First Amended Complaint by September 8, 2023.  Colorado

shall file any dispositive motions to the First Amended Complaint by October 10, 2023.  Plaintiff

shall file any responses thereto by November 14, 2023.  Colorado shall file any replies thereto by

December 5, 2023.

2.      Consistent with the Order Setting Briefing Schedule On Motion To Dismiss Or

Abstain (the "Briefing Order") [DE 20], the parties may file dispositive motions and/or responses

thereto with respect to the Amended Complaint of no more than thirty (30) pages and replies

thereto of no more than fifteen (15) pages, in each case exclusive of supporting declarations, title

pages, signature pages, and certificates of service.

3.      During the week of November 27, 2023, the parties shall meet and confer to discuss

the topics listed in paragraph 5 of the Court's May 25, 2023 Order [DE 4].  As agreed by the

parties, no merits discovery will proceed before the parties meet and confer, provided Plaintiff's

rights to propound discovery related to the defenses, objections, and expert opinions in Colorado's

motion to dismiss are reserved.  Colorado's rights to seek a stay of all discovery pending a decision

on a Motion to Dismiss are reserved.

4.      The Court will hold a Scheduling Conference on December 13, 2023 at 10:00 a.m.

solely by videoconference.  To participate in the hearing remotely via Zoom (whether by video or

by telephone), you must register in advance no later than 3:00 p.m., one business day before the

date of the hearing.  If the Court deems it necessary to hold argument on any dispositive motions

to the First Amended complaint on the date of the Scheduling Conference, the Court will issue

notice to the parties at least ten days prior.

5.       To register for the Scheduling Conference, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4.

6.       If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

7.       All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.  This includes appropriate courtroom attire.

8.       **RIGHT TO JURY TRIAL: WAIVER.**  Unless each party has timely filed a statement of consent under Local Rule 9015−1(B), and unless otherwise ordered by the Court, not later than **4:00 p.m. two business days** before the scheduling conference, each party requesting a jury trial on any issue in this proceeding must file with this Court a motion for withdrawal of the reference pursuant to Local Rule 5011−1.  **FAILURE OF ANY PARTY TO FILE A MOTION TO WITHDRAW THE REFERENCE ON OR BEFORE THE DEADLINE PROVIDED IN THIS PARAGRAPH CONSTITUTES WAIVER BY SUCH PARTY OF ANY RIGHT TO TRIAL BY JURY IN THIS PROCEEDING.**

9.       **OBJECTION TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT; CONSENT.**  Unless otherwise ordered by the Court, not later than **4:00 p.m. two business days** before the scheduling conference, each party objecting to the entry of final orders or judgments by this Court on any issue in this proceeding must file with this Court a motion pursuant to Rule 7016(b), Fed. R. Bankr. P., requesting that this Court determine whether this proceeding is subject to the entry of final orders or judgments by this Court.  Any

such motion will be treated as an objection to the entry of final orders or judgments by this Court.

**FAILURE OF ANY PARTY TO FILE A MOTION ON OR BEFORE THE DEADLINE PROVIDED IN THIS PARAGRAPH CONSTITUTES CONSENT BY SUCH PARTY TO THIS COURT ENTERING ALL APPROPRIATE FINAL ORDERS AND JUDGMENTS IN THIS PROCEEDING.**  Nothing in this paragraph limits this Court's ability to determine whether this proceeding is subject to entry of final orders or judgments by this Court.

10.     This Order is without prejudice to further written requests as may be agreed upon or requested by the parties.

11.     Any and all rights, claims, defenses, and objections of the parties are reserved, and nothing herein or in the Motion shall constitute a waiver of any such right, claim, defense, or objection by the parties or an admission by the parties with respect thereto.

12.     The Court shall retain jurisdiction to hear and determine any disputes arising out of or related to the Motion.

13.     Relief from this Order shall be granted for cause shown.

# # #

Submitted by:
Jennifer Mosquera, Esq.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
jmosquera@sequorlaw.com
Telephone:     (305) 372-8282
Facsimile:     (305) 372-8202

*(Attorney Mosquera shall serve a conformed copy of the foregoing order upon all interested parties and file a Certificate of Service with this Court.)*