**Exhibit 1**

**Curriculum Vitae**
Flávio Luiz Yarshell
fly@yarshell.com.br

Flávio received his Master's and Doctorate's Degree in civil procedural law from University of São Paulo Law School in 1992 and 1997, having graduated as an attorney from the same University in 1986. He has been acting as a professor for undergraduate and graduate students at the University of São Paulo Law School since 2004, and in 2008 he received the title of Full Professor.

His main areas of work are civil and commercial law, both consulting and litigation (court litigation and arbitration). He is an expert in civil procedural law, arbitration, civil law, family and succession law, commercial and corporate law, and administrative law.

Flávio has extensive experience advising companies handling high-profile cases and complex international and domestic disputes. He focuses on advising foreign and Brazilian companies in various sectors such as banking, construction, pharmaceutical, agriculture, energy, entertainment, mining, oil and gas, telecommunications, sanitation, transportation, and pulp and paper.

His experience as a lawyer is also enhanced by his continued handling disputes as an arbitrator in Brazil and abroad. He has been appointed as one of the most prominent lawyers in his practice areas by the leading specialized publications.

Flávio is a Regional Electoral Court of São Paulo former judge, having acted from 2006 to 2012. Because of performing services in favor of the democratic experience and electoral process, he was awarded the São Paulo Electoral Collar of Merit in 2011.

Flávio has lectured on civil, procedural, administrative, and commercial law in multiple national and international forums and is a member of numerous national and international associations, such as the American Law Institute and the Iberian-American Institute of Procedural Law, and the Brazilian Institute of Procedural Law. Besides giving lectures at congresses, conferences and other events in the legal area, Flávio has several publications:

1.      **The issue of the name of the woman**, in Family rights and the 1988 Constitution, São Paulo, Saraiva, 1989, in co-authorship, under coordination of Professor Carlos Alberto Bittar.
2.      **Attorneys' fees and correction for inflation**, in Diário do Comércio, São Paulo, 06/21/89.
3.      **New vacation law does not satisfy attorneys,** in the Justice Section of O Estado de São Paulo newspaper, São Paulo, 07/11/91.
4.      **The new tenant law,** São Paulo, in Diário do Comércio e Indústria, dated 07/19/91 and Diário do Comércio, dated 07/31/91.
5.      **Procedural implications of the new tenant law,** in A Cidade, dated 07/20/91.
6.      **Jurisdictional relief specific to obligations of declaration of will,** São Paulo, Malheiros, 1993.

7.      **Merely declaratory** jurisdictional relief, in Revista de Processo, v. 76, Revista dos Tribunais, São Paulo, 1995.

8.      **Reflections on enforcements for the delivery of things under Brazilian law**, in Civil Procedure - evolution over 20 years, São Paulo, Saraiva, 1995, in co-authorship, under the coordination of Professor José Rogério Cruz and Tucci.

9.      **Specific relief and reform of the civil procedural code**, in Revista do Advogado, published by the Attorneys' Association of São Paulo, No. 46, August 1995.

10.     **Brief "review" to the topic of action for relief from judgment**, in Revista de Processo, v. 79, RT, São Paulo, 1995.

11.     **Principle of interchangeability of appeals and the new provision of the interlocutory appeal**, in Revista do Advogado, published by the Attorneys' Association of São Paulo, No. 48, July 1996.

12.     **Jurisdictional protection of "cohabiting people" with regard to alimoney,** in **Repertoire of legal framework and doctrine on family law**, Revista dos Tribunais, v. 3, São Paulo, 1996, in collaboration with other authors, coordination by Prof. Teresa Arruda Alvim Wambier.

13.     **Observations regarding liquidation in the protection of homogeneous individual rights**, in **Revisions of liquidations of award**, São Paulo, Revista dos Tribunais, 1996, in collaboration with other authors, coordination by Prof. Teresa Arruda Alvim Wambier.

14.     **Personal damages: preventive (or inhibitory), sanctioning and specific relief,** in Revista da Associação dos Advogados de São Paulo, No. 49, December 1996.

15.     **Effectiveness of the civil process and "excessive appeals,"** in the Opinion column of Gazeta Jurídica, Brasilia, 12/01/97.

16.     **The action of denouncement of a new construction and the reform of the Brazilian Code of Civil Procedure**, article available on the Internet, on the homepage of the Preparatory Course for Public Legal Career Examinations, coordinated by Prof. Damásio E. de Jesus (http:\\www.travelnet.com.br.\curso.damasio).

17.     **Specific provisional remedy in obligations of declaration of will, in the CPC (*Código de Procedimento Cívil* [Code of Civil Procedure]) system** in *Controversial aspects of provisional remedy*, São Paulo, Revista dos Tribunais, 1997, coordination by Teresa Arruda Alvim Wambier.

18.     **Simulation and the enforcement process**, in *Enforcement process and related issues*, São Paulo, Revista dos Tribunais, 1998, in collaboration with other authors, coordination by Prof. Teresa Arruda Alvim Wambier.

19.     **Jurisdictional relief,** São Paulo, Atlas, 1999.

20.     **Reform of the Judiciary and the validity of injunctive measures**, in Revista do Advogado published by Attorneys' Association of São Paulo, No. 56, September/99.

21.     **Probative efficacy of electronic documents,** in Repertório IOB Jurisprudência, No. 21, São Paulo, November/1999.

22.     **"Denouncement of a new construction** and reform of the Brazilian Code of **Civil Procedures"** in the Legal Letter section of Revista de Informação e Debates, v. 1, São Paulo, Brazilian Institute of Legal Research, coordination by Eduardo Vieira Busch, 1999.

23.     **Report presented at the Congress of the World Procedural Law Association,** co-authored with Professor Ada Pellegrini Grinover, on the topic of "Transnational Process."

24.     **Judicial assistance from the angle of the defendant**, in Revista do Advogado, published by Attorneys' Association of São Paulo, June 2000, p. 82/88.

25. **Further considerations on retention of extraordinary and special appeals: means of challenging the decisions that determines them**, in Controversial and current aspects of appeals, São Paulo, RT, 2000.

26. **Reasonong and the workings of the Judiciary**, São Paulo, in the Legal & Case Law section of Gazeta Mercantil newspaper, dated 06/18/01.

27. "**Effectivity of the process of enforcement and remedies with suspensive effects**" in Process of enforcement, a work coordinated by Sergio Shimura and Teresa Arruda Alvim Wambier, São Paulo, Revista dos Tribunais, 2001.

28. "**Law 8,429, of 1992: injunctive action without a corresponding 'main action'?**" in *Administrative improbity*, a work coordinated by Cássio Scarpinella Bueno and Pedro Paulo de Rezende Porto Filho, São Paulo, Malheiros, 2001.

29. Adaptive notes to current Law in the work entitled **"Studies and opinions on Civil Procedural Law,"** by Professor Alfredo Buzaid, co-authored with Professor Ada Pellegrini Grinover, São Paulo, Revista dos Tribunais, 2002.

30. **Suspension of the statute of limitations by the summons: comparison between the New Civil Code and the Code of Civil Procedure**, in Phoenix – Bulletin of the Damásio de Jesus Legal Complex, No. 11, São Paulo, April 2003, p. 01/02.

31. **Suspension of the statute of limitations by the summons: comparison between the New Civil Code and the Code of Civil Procedure**, in Repertório de Jurisprudência da IOB, No. 10, São Paulo, May/03.

32. **Jurisdiction in the statute of the elderly,** in Bulletin of the Damásio de Jesus Legal Community, an article available on the Internet, on the homepage of the Preparatory Course for Public Legal Career Examinations, coordinated by Prof. Damásio E. de Jesus (http://www.damasio.com.br/index.php?category_id=33&page_name=art_008_2005).

33. **Jurisdiction in the statute of the elderly**, in the Law section of the Correio Braziliense newspaper, dated 12/01/03.

34. **Injunctive Relief in obligations to pay,** in Revista da Procuradoria Geral do Estado de São Paulo - Special Edition for the 30th Anniversary of the Code of Civil Procedure, São Paulo, January/December 2003, p. 269/279.

35. **Reform of the Judiciary and the promise of "reasonable duration of the proceedings,"** in Revista do Advogado published by Brazilian Bar Association, April 2004, p. 28/33.

36. **Jurisdiction in the statute of the elderly**, in Revista Bonijuris, No. 486, Curitiba – PR [Paraná], May 2004, p. 26/27.

37. **Jurisdiction in the statute of the elderly**, in ADCOAS Bulletin No. 15, first fortnight, August 2004, p. 301/302.

38. **São Paulo Judiciary after the strike,** in the Trends and Debates section of Folha de São Paulo newspaper, dated 10/04/04.

39. **Three issues of procedural law within the scope of the law of the obligations and agreements**, in The Civil Code and its Interdisciplinary Aspects, José Geraldo Brito Filomeno (coord.), Belo Horizonte, Del Rey, 2004, p. 307/316.

40. **Strikes and procedural deadlines,** in Tribuna do Direito, November/2004.

41. **Vacations and deadlines**, co-authored by Professor José Rogério Cruz and Tucci, in Tribuna do Direito, February/2005.

42. **Jurisdiction of the court in actions arising from formal employment relationships**, co-authored with Pedro Carlos Sampaio Garcia, in the Labor Law Supplement of LTr, year 41, No. 48/05, March 2005.

43.    **Judicial Reform: Vacations and deadlines**, co-authored by Professor José Rogério Cruz and Tucci, in Revista Síntese de Direito Civil and Processual Civil, year VI, No. 34, March/April 2005, p. 28/30.

44.    **Controversial aspects of Procedural Law**, in Carta Forense, year III, No. 23, São Paulo, April 2005, p. 08/09.

45.    **Rejection of the complaint and dismissal of the claim?**, in Carta Forense, year III, No. 24, São Paulo, May 2005, p. 05.

46.    **The risks of changing the concept of sentences,** in Carta Forense, year III, No. 25, June 2005, p. 05.

47.    **Annulment of arbitral awards and actions for relief from judgment**, in Revista de Arbitragem e Mediação, year II, No. 05, São Paulo, April/June 2005, p. 95/99.

48.    **Remarks on the so-called online levy of execution – Part I,** in Carta Forense, year III, No. 26, São Paulo, July 2005, p. 05.

49.    **The "parties" in administrative proceedings and the legitimacy of the concerned parties**, article available on the Internet, on the "homepage" of the Government Accountability Office of the Municipality of São Paulo (http://www.tcm.sp.gov.br/legislacao/doutrina/29a03_10_03/5flavio_luiz1.htm).

50.    **Remarks on the so-called online levy of execution** – Part II, in Carta Forense, year III, No. 27, São Paulo, August 2005, p. 06.

51.    **Remarks on the so-called online levy of execution** – Part III, in Carta Forense, year III, No. 28, São Paulo, September 2005, p. 06.

52.    **Action for relief from judgment and decisions handed down in enforcement proceedings**, in *Civil Enforcement – controversial aspects*, a work coordinated by João Batista Lopes and Leonardo José Carneiro da Cunha, São Paulo, Dialética, 2005, p. 149/158.

53.    **Remarks on the so-called online levy of execution** – Part IV, in Carta Forense, year III, No. 29, São Paulo, October 2005, p. 06.

54.    **Limitations to the interlocutory appeal: first impressions regarding Federal Law 11,187/05**, in Carta Forense, year III, No. 30, São Paulo, November 2005, p. 6.

55.    **Restrictions on the interlocutory appeal: step towards solving the problems of the justice system?**, in Phoenix – Bulletin of the Damásio de Jesus Legal Complex, No. 35, São Paulo, November 2005, p. 02/01.

56.    **Limitations on the interlocutory appeal: new impressions regarding Federal Law 11,187/05 (appeals orally filed at hearings)** in Carta Forense, year III, No. 31, São Paulo, December 2005, p. 6.

57.    **Changes in the rules that govern interlocutory appeals: first impressions**, in Revista do Advogado, year XXV, No. 84 (edition in honor to Professor José Ignacio Botelho de Mesquita, under the coordination of Flávio Luiz Yarshell), São Paulo, December 2005, p. 56/65.

58.    **Termination of agreements due to excessive burden: a new hypothesis of "double action"?**, in Studies in honor of Professor Ada Pellegrini Grinover, Flávio Luiz Yarshell and Maurício Zanoide de Moraes (coord.), São Paulo, DPJ, 2005, p. 563/574.

59.    **Action for Relief from Judgment: terminating and termination courts**, São Paulo, Malheiros, 2005.

60.    **Brief considerations regarding the exhibition of documents or objects in Brazilian positive law**, in Studies of Civil Procedural Law – In honor of Professor Egas Dirceu Moniz de Aragão, Luiz Guilherme Marinoni (coord.), São Paulo, Revista dos Tribunais, 2005, p. 337/345.

61.    **Jurisdictional relief,** 2nd ed., São Paulo, DPJ, 2006.

62.    **Remarks on the so-called online levy of execution** – Part V, in Carta Forense, year IV, No. 32, São Paulo, January 2006, p. 4.

63.    **Reform of the enforcement process (Law 11,232/5): first impressions – Part I,** in Carta Forense, year IV, No. 33, São Paulo, February 2006, p. 6.

64.    **Reform of the enforcement process (Law 11,232/5): first impressions –** Part II, in Carta Forense, year IV, No. 34, São Paulo, March 2006, p. 35.

65.    **Reform of the enforcement process (Law 11,232/5): first impressions –** Part III, in Carta Forense, year IV, No. 35, São Paulo, April 2006, p. 33.

66.    **Brief reflections regarding standing to be sued in civil actions for the enforcement of collective rights involving activities subject to regulation**, in Collective relief, a work coordinated by Paulo Henrique dos Santos Lucon, São Paulo, Atlas, 2006, p. 110/113.

67.    **Reform of the enforcement process (Law 11,232/5): first impressions –** Part IV, in Carta Forense, year IV, No. 36, São Paulo, May 2006, p. 36.

68.    **Implementation of summary judgment: a new civil enforcement?**, in Process and Constitution – Studies in honor of Professor José Carlos Barbosa Moreira, Luiz Fux (coord.), São Paulo, RT, 2006, p. 330/339.

69.    **Law 11,232/05: extent of the rules on the execution of all judicial titles?**, in Carta Forense, year IV, No. 37, June 2006, p. 6.

70.    **Law 11,232/05: how will new provisions be applied to ongoing proceedings?**, in Carta Forense, year IV, No. 38, July 2006, p. 3.

71.    **Action for relief from judgment against interlocutory rulings: examination of the issue in light of the changes implemented by Law 11,232/05**, in Carta Forense, year IV, No. 39, August 2006, p. 5.

72.    **Subsidiary application of the rules of the CPC to Small Claims Courts?**, in Carta Forense, year IV, No. 40, September 2006, p. 5.

73.    **Action for relief from judgment directed against a ruling that recognizes the inadmissibility of an appeal,** in Civil Enforcement – Studies in Honor of Professor Paulo Furtado, Rio de Janeiro, Lumen Juris, 2006, p. 377/382.

74.    **Suspensive effects of challenges in the enforcement phase of sentences (Law 11,232/5),** in Carta Forense, year IV, No. 41, October 2006, p. 6/7.

75.    **Proceedings with identical purposes and excessive appeals: alternative to mitigating delays in trial court?**, in Carta Forense, year IV, No. 42, November 2006, p. 12.

76.    **Reform of civil enforcement and the collection of periodic payments (CPC, art. 290)**, in Revista do Advogado of the AASP (*Associação dos Advogados de São Paulo* [Attorneys' Association of São Paulo]) No. 88, edition in Honor to Professor Celso Neves, November 2006, p. 64.

77.    **Processes with identical purposes and excessive appeals: repudiation of solutions that are incompatible with the constitutional order**, in Carta Forense, year IV, No. 43, December 2006, p. 8.

78.    **Civil Enforcement: new profiles**, co-authored with Marcelo José Magalhães Bonício, São Paulo, RCS Editora, 2006.

79.    **Execution of the arbitral award: analysis in light of the provisions of Law 11,232/2005**, in Civil Enforcement and Execution of the Award (Gilberto Gomes Bruschi coord.), São Paulo, Editora Method, 2006, p. 191/196.

80.    **First impressions of the New Civil Enforcement Reform: Law 11,382/6 (I)**, in Carta Forense, year V, No. 44, January 2007, p. 4.

81.    **Attorneys and *Schadenfreude*,** in Carta Forense, year V, No. 45, February 2007, p. 10.

82.    **Attorneys' fees: "egalitarian" establishment or non-injurious price?,** in Carta Forense, year V, No. 46, March 2007, p. 12.

83.    **Law 11,382/06 and the survival of "Challenges Prior to Procedure to determine Grounds for Execution,"** in Carta Forense, year V, No. 47, April 2007, p. 6.

84.    **Law 11,382/06: declaration of enforcement and fraud in enforcements**, in Carta Forense, year V, No. 48, May 2007, p. 6.

85.    **Law 11,382/06: notes on adjudication (art. 684-A of the CPC),** in Carta Forense, year V, No. 49, June 2007, p. 6.

86.    **Changes in Procedural Legislation and Legal Certainty,** in Carta Forense, year V, No. 50, July 2007, p. 6.

87.    **Compulsory joinders in administrative proceedings**, in Carta Forense, year V, No. 51, August 2007, p. 6.

88.    **The new civil enforcement and the obligation to pay alimony (I)**, in Carta Forense, year V, No. 52, September 2007, p. 6.

89.    **Brief notes regarding the pre-proceeding production of evidence in arbitration**, in Revista de Arbitragem e Mediação, year 14, vol. 14, July/September 2007, p. 52.

90.    **The new civil enforcement and the obligation to pay alimony** (II), in Carta Forense, year V, No. 53, October 2007, p. 6.

91.    **Execution of the award and the rules of Art. 475-J: new considerations,** in Carta Forense, year V, No. 54, November 2007, p. 6.

92.    **Effectiveness of sentences that order partial dissolution of companies and maintenance of the status of partner until payment of debts**, in Carta Forense, year V, No. 55, December 2007, p. 8.

93.    **There is no appeal against interlocutory decisions rendered "in accordance" with Articles 267 and 269 of the CPC**, in Carta Forense, year VI, No. 56, January 2008, p. 6.

94.    **Law 11,382/6: the tax enforcement process and deadline for the debtor's motions**, in Carta Forense, year VI, No. 57, February 2008, p. 6.

95.    **Art. 74 of Law 8,245/91: breadth and consequences – I,** in Carta Forense, year VI, No. 58, March 2008, p. 6.

96.    **Art. 74 of Law 8,245/91: breadth and consequences** – Part II, in Carta Forense, year VI, No. 59, April 2008, p. 8.

97.    **Consolidation of related claims within the scope of Civil Small Claims Courts**, in Forensic Charter, year VI, No. 60, May 2008, p. 6.

98.    **Accumulation of enforcements – Part I,** in Carta Forense, year VI, No. 61, June 2008, p. 6.

99.    **Accumulation of enforcements** – Part II, in Carta Forense, year VI, No. 62, July 2008, p. 6.

100.    **Can actions for relief from judgment be brought within the scope of the Federal Small Claims Courts?**, in Carta Forense, year VI, No. 63, August 2008, p. 8.

101.    **General Aspects of Proof Taking in the Brazilian Law**, *in* ZZPInt (Zeitschrift für Zivilprozess International), vol. 13 Editora Carl Heymanns, 2008 Köln/Germany.

102.    **Arbitration and facts prior to the conclusion of the arbitral clause**, in Carta Forense, year VI, No. 64, September 2008, p. 10.

103.    **Brief reflection on the provisional remedies in class action suits involving private health insurance agreements**, in Carta Forense, year VI, No. 65, October 2008, p. 8.

104.    **Discovery** without the requirement of urgency and autonomous right to evidence: thesis presented for the Examination for Tendered Professorship in Civil Procedural Law at the School of Law of the University of São Paulo, on 09/10/08.

105.    **Brief remarks on recently issued STJ (*Superior Tribunal de Justiça* [Higher Court of Justice]) Precedent 362,** in Carta Forense, year VI, No. 66, November 2008, p. 8.

106.    **Topics of procedural law under Law 11,804/8 (action for alimony in pregnancy) – Part – I,** in Carta Forense, year VI, No. 67, December 2008, p. 8.

107.    **Brief reflections regarding accumulation of enforcements**, in Revista de Direito UPIS (*União Pioneira de Integração Social* [Pioneering Union for Social Intregration]), Brasília, UPIS, vol. 6, 2008, p. 93/112.

108.    **Discovery** without the requirement of urgency and autonomous right to evidence, São Paulo, Malheiros, 2009.

109.    **Brief reflections on active standing in the proceedings for loss of mandate due to partisan infidelity**, in Twenty Years of the Constitution of the Federative Republic of Brazil (Coord. Alexandre de Moraes), São Paulo, Atlas, 2009.

110.    **Law 11,804/8 (action for alimony in pregnancy**) – Part II, in Carta Forense, year VII, No. 68, January 2009, p. 6.

111.    **Topics of procedural law under Law 11,804/8 (action for alimony in pregnancy**) – II, in Carta Forense, year VII, No. 69, February 2009, p. 6.

112.    **The right of attorneys to address magistrates in working rooms and cabinets**, in Carta Forense, year VII, No. 70, March 2009, p. 6.

113.    **Effectiveness of proceedings,** in Carta Forense, year VII, No. 71, April 2009, p. 6.

114.    **The Judiciary and transparency**, in Carta Forense, year VII, No. 72, May 2009, p. 4.

115.    **Advance division of assets in proceedings of legal separation and divorce**, in Carta Forense, year VII, No. 73, June 2009, p. 4.

116.    **Proposal for reflection on illegitimate manners of solving delays in the Judiciary**, in Carta Forense, year VII, No. 74, July 2009, p. A-6.

117.    **Original jurisdiction of the court for ongoing proceedings before different entities**, in Carta Forense, year VII, No. 75, August 2009, p. B-2.

118.    **Law 12,016/9: amendment of the initial writ of mandamus when the issue of lack of standing to be sued is raised (art. 6, §4)** in Carta Forense, year VII, No. 76, September 2009, p. A-4.

119.    **Questions of fact and reexamination of evidence in exceptional appeals**, in Carta Forense, year VII, No. 77, October 2009, p. A-4.

120.    **Law 11,016/9: can writs of mandamus still be issued against judicial acts?**, in Carta Forense, year VII, No. 78, November 2009, p. A-4.

121.    **Interlocutory relief in higher courts**, in Carta Forense, year VII, No. 79, December 2009, p. B-4.

122.    **To think about the National Conciliation Week**, in Folha de São Paulo newspaper, Trends and Debates section, 12/08/2009.

123.    **Comments on Art. 14 of Law 12,016/2009**, co-authored with Viviane Siqueira Rodrigues, in Comments on the new Writ of Mandamus (Coord. Napoleão Nunes Maia Filho, Caio Cesar Vieira Rocha and Tiago Asfor Rocha Lima), São Paulo, Revista dos Tribunais, 2010.

124.    **The Judiciary and Conciliation,** in Carta Forense, year VIII, No. 80, January 2010, p. B-4.

125. **Comprehensive *Res judicata* on the chapter that has not been (although it should have been) decided?**, in Carta Forense, year VIII, No. 81, February 2010, p. A-4.

126. **Preparation of the new Code of Civil Procedure: false and true dilemmas**, in Carta Forense, year VIII, No. 82, March 2010, p. B-4.

127. **Unenforceability in infringing motions**, in Carta Forense, year VII, No. 83, April 2010, p. B-4.

128. **Extent of the rule of personal liability** of implementing the command that imposes payment of *Quanti*, in Carta Forense, year VII, No. 84, May 2010, p. B-4.

129. **Independent judge x party (or attorney?), vexatious litigant?**, in Carta Forense, No. 85, June 2010, p. B-4.

130. **Execution of awards in the draft of the Code of Civil Procedure – Part I,** in Carta Forense, No. 86, July 2010, A-4.

131. **Execution of awards in the draft of the Code of Civil Procedure** – Part II, in Carta Forense, No. 87, August 2010, p. A-2.

132. **Replacement of a candidate on the eve of an election: reflections on Art. 13 of Law No. 9,504/1997**, in the Subjects of Electoral Law, Revista do Advogado No. 109, of the Attorneys' Association of São Paulo, year XXX, August 2010.

133. **Execution of awards in the draft of the Code of Civil Procedure** (III), in Carta Forense, No. 88, September 2010, p. A-2.

134. **Pre-trial production of the medical expert's evidence without the requirement of urgency: analysis in light of the rules of Art. 434 of the CPC**, in Right to Life and Health – Budgetary and Judicial Impacts (organizers: Ana Carla Bliacheriene and José Sebastião dos Santos), São Paulo, Atlas, 2010.

135. **EC 66/10 and pending proceedings: repudiation of dismissal of judgment on merit**, in Carta Forense, No. 89, October 2010, p. A-2.

136. **The provision of the action for relief from judgment in the CPC Project**, in Carta Forense, No. 90, November 2010, p. A-2.

137. **Pre-trial production of evidence in the Code of Civil Procedure** Bill (I), in Carta Forense, No. 91, December 2010, p. A-4.

138. **New year, new Code of Civil Procedure?**, in Folha de São Paulo newspaper, dated 12/23/2010.

139. **Very brief remarks regarding the value of recordings obtained in violation of loyalty and good faith**, in Procedural timeliness and effectiveness: new directions of the Brazilian civil process – Studies in honor of Professor Elaine Harzheim Macedo, org. Denise Estrela Tellini, Geraldo Cordeiro Jobim and Marco Félix Jobim, Caxias do Sul, Plenum, 2010, p. 189/194.

140. **What if the New CPC Bill becomes law in 2011?**, in Carta Forense, No. 92, January 2011, p. A-4.

141. **What common civil proceedings have to learn from the electoral process**, in Carta Forense, No. 93, February 2011, p. A-4.

142. **Amendment of the complaint and reflections on the suspension of the statute of limitations**, in Carta Forense, No. 94, March 2011, p. A-4.

143. **Proposal for a change in the profile of extraordinary and special appeals: first impressions (I)**, in Carta Forense, No. 95, April 2011, p. A-4.

144. **Proposal for a change in the profile of extraordinary and special appeals: first impressions (II)** in Carta Forense, No. 96, May 2011, p. A-4.

145.    **Interlocutory relief and injunctions in the Civil Code of Procedure Bill**, in Carta Forense, No. 97, June 2011, p. A-4.

146.    **Execution of the award in the Code of Civil Procedure Draft** – Part I, in Carta Forense, No. 98, July 2011, p. A-4.

147.    **The (positive) option** of the CPC Bill for the provision of the special partial corporate dissolution procedure, in Carta Forense, No. 99, August 2011, p. A-4.

148.    **Medical expert's evidence: proposal for mitigation of the rule of Art. 434 of the CPC for greater efficiency of the system**, in Carta Forense, No. 100, September 2011, p. A-4.

149.    **The provisions for joinders in the Code of Civil Procedure Bill (very brief remarks)** in Carta Forense, No. 101, October 2011.

150.    **Still on the new Code of Civil Procedure Bill: the "replacement" presented to the Lower House of Representatives**, in Carta Forense, No. 102, November 2011.

151.    **Still on the new Code of Civil Procedure Bill: the "replacement" presented to the Lower House of Representatives** (II) in Carta Forense, No. 103, December 2011.

152.    **The special (partial) dissolution procedure of a corporation in the CPC Bill: brief reflections,** in Civil Procedure – Notes on Trends: Studies in Honor of Justice Sálvio de Figueiredo Teixeira, Belo Horizonte, Del Rey, 2011.

153.    *Res judicata* **and supervening facts**, in Contemporary Corporate and Business Law Subjects – Liber Amicorum Prof. Dr. Erasmo Valladão Azevedo and Novaes França (coord. Marcelo Vieira von Adamek), São Paulo, Malheiros, 2011.

154.    **Intercurrent statute of limitations and sanctions due to administrative impropriety (Law No. 8,429/93),** in the Statute of Limitations in the Civil Code: an interdisciplinary analysis, 3rd edition, São Paulo, Saraiva, 2011, p. 140/152.

155.    **A new business process under discussion**, co-authored with Guilherme Setoguti Julio Pereira, in Valor Econômico newspaper, São Paulo, edition dated 10/27/11, p. E2.

156.    **Action for Relief from Judgment in Electoral Law**, in Electoral Law and Procedure, coord. Richard Pae Kim and Walter de Almeida Guilherme, São Paulo, Revista dos Tribunais, 2012, p. 405 and following pages.

157.    **The use of "against" and "facing" in procedural terminology: a distortion to be corrected**, in Carta Forense, No. 104, January 2012.

158.    **New Year and (still) the expectation of a new Code of Civil Procedure**, in Carta Forense, No. 105, February 2012.

159.    **Third-party practice: conviction of the accused directly in favor of the adversary of the accuser?**, in Carta Forense, No. 106, March 2012.

160.    **Change in case law and legal certainty: specific application in electoral matters**, in Carta Forense, No. 107, April 2012.

161.    **Civil liability of judges for 'judicial errors': an erroneous proposal**, in Carta Forense, No. 108, May 2012.

162.    **Subsidiary nature of annulment of arbitration rulings**, in Revista de Processo, year 37, vol. 207, May 2012.

163.    **Brief remarks on the joinder of claims in the electoral process**, in Carta Forense, No. 109, June 2012.

164.    **The New Commercial Code Bill and the proposed exchange of documents between parties: changes in legislation and mindset**, in Carta Forense, No. 110, July 2012.

165.    **Attorneys' fees and the improvement of the Judiciary**, in Carta Forense, No. 111, August 2012.

166.     **A chair reserved for public opinion on the STF (*Supremo Tribunal Federal* [Federal Supreme Court])?**, in Carta Forense, No. 112, September 2012.

167.     **Subsidiary nature of annulment of arbitration rulings**, in Civil Proceedings – In honor of Professor Carlos Alberto Alvaro de Oliveira, org. Maria Angélica Echer Ferreira Feijó, São Paulo, Atlas, 2012, p. 156-162.

168.     **On sentences handed down by administrative boards**, in Carta Forense, No. 113, October 2012.

169.     **The clean-up that is not up to the Judiciary**, in Folha de São Paulo newspaper, Trends and Debates section, 10/07/2012.

170.     **Brief remarks on arbitration and evidence,** in Carta Forense, No. 114, November 2012.

171.     **Provisional remedy in private health insurance agreements**, co-authored with Guilherme Setoguti J. Pereira, in Health Plans – Legal and Economic Aspects (Coord. Luiz Augusto Ferreira Carneiro), Rio de Janeiro, Forense, 2012, p. 171-193.

172.     **The special (partial) dissolution procedure of a corporation in the CPC Bill**, in Corporate Process (coord. Flávio Luiz Yarshell and Guilherme Setoguti J. Pereira), São Paulo, Quartier Latin, 2012, p. 211-238.

173.     **The New Commercial Code Bill and the proposed exchange of documents between parties:** Brazilian "discovery"?, in Corporate Process (coord. Flávio Luiz Yarshell and Guilherme Setoguti J. Pereira), São Paulo, Quartier Latin, 2012, p. 203-210.

174.     **The New CPC Bill and Law Firms,** in the 2012 Yearbook of the Center for Law Firm Studies, 2012, p. 41-45.

175.     **Procedural findings in the Civil Code (I),** in Carta Forense, No. 115, December 2012.

176.     **Procedural findings in the Civil Code (II),** in Carta Forense, No. 116, January 2013.

177.     **Motions for relief against an administrative board decision and singular judgment by the rapporteur (CPC, art. 557): unfeasibility and inconvenience**, in Carta Forense, No. 117, February 2013.

178.     **Thirty percent of a concept,** in Carta Forense, No. 118, March 2013.

179.     **Electronic process and procedural deadlines: full effectiveness of the rules of Art. 191 of the CPC**, in Carta Forense, No. 119, April 2013.

180.     **"Facilitator", expert evidence and expert witnesses: proposals for the New Commercial Code Bill (PL (*Projeto de Lei* [Bill of Law]) No. 1,572/2011)**, in Reflections on the Commercial Code Bill (coord. Fábio Ulhoa Coelho, Tiago Asfor Rocha Lima and Marcelo Guedes Nunes), São Paulo, Saraiva, 2013.

181.     **Republican forms of control of the Judiciary,** in Carta Forense, No. 120, May 2013.

182.     **Procedural law and court by-laws (in particular of the STF)** in Carta Forense, No. 121, June 2013.

183.     **Twenty cents and then some**, in Carta Forense, No. 122, July 2013.

184.     **Maxims of experience and the Internet,** in Carta Forense, No. 123, August 2013.

185.     **Very brief notes on the Public Treasury in court as a defendant**, co-authored with Viviane Siqueira Rodrigues, in Law and Public Administration – Studies in honor of Maria Sylvia Zanella di Pietro, organizers: Floriano de Azevedo Marques Neto, Fernando Dias Menezes de Almeida, Irene Patrícia Nohara and Thiago Marrara, São Paulo, Atlas, 2013, p. 1156-1161.

186.     **Expansion of personal liability: path to solving the lack of effectiveness of Brazilian civil enforcement?**, Revista Mestrado em Direito. Fundamental Human Rights. UNIFIEO – FIEO (*Fundação Instituto de Ensino para Osasco* [Teaching Institute for Osasco Foundation])

University Center. *Strictu sensu* Graduate Studies Program in Osasco. Year 13, No. 1 (2013), Osasco: EDIFIEO, 2013 – ISSN 1808-513X , p. 221-246 (QUALIS B1).

187.     **Between *ignoratio elenchi* and justice,** in Carta Forense, No. 124, September 2013.

188.     **Tax foreclosure as an evolutionary paradigm of the Brazilian executive model**, in Management and Jurisdiction: the case the Federal Government's tax foreclosure, vol. 9 (Dialogs for Development collection), coord. and org. Alexandre dos Santos Cunha and Paulo Eduardo Alves da Silva, IPEA (*Instituto de Pesquisa Econômica Aplicada* [Institute for Applied Economic Research]), 2013, p. 185-194.

189.     **Discovery without the requirement of urgency: present and future,** in The process in question: Brazilian Procedural Law Discussions, org. Aluisio Gonçalves de Castro Mendes and Teresa Arruda Alvim Wambier, São Paulo, Revista dos Tribunais, 2013, p. 165-172.

190.     **Electronic process: risk of dehumanization of the jurisdictional activity?**, in Carta Forense, No. 125, October 2013.

191.     **Is it appropriate to make positive rules for corporate processes?**, in Carta Forense, No. 126, November 2013.

192.     **40 Years of the General Process Theory in Brazil: past, present and future,** org. Flávio Luiz Yarshell and Camilo Zufelato, São Paulo, Malheiros, November 2013.

193.     **Investigation and autonomy of the right to evidence: a necessary advance for General Process Theory**, in 40 Years of the General Process Theory in Brazil: past, present and future, org. Flávio Luiz Yarshell and Camilo Zufelato, São Paulo, Malheiros, November 2013, p. 326/333**.**

194.     **Writ of Mandamus against a decision by the rapporteur that denies or grants suspensive effects in an interlocutory appeal**, in Carta Forense, No. 127, December 2013.

195.     **Law Firms in the era of Electronic Processes**, in the 2013 Yearbook of the Center for Law Firm Studies, Migalhas, 2013.

196.     **Probatory activity and position of the Ministry of Public Affairs Public as a plaintiff in civil proceedings**, in Civil Process: in honor of José Ignacio Botelho de Mesquita, coord. José Roberto Cruz e Tucci, Walter Piva Rodrigues and Rodolfo da Costa Manso Real Amadeo, São Paulo, Quartier Latin, 2013 p. 80/93.

197.     **Brief remarks regarding the powers of the judge in evidentiary matters (examination in light of the proposal included in the Commercial Code Bill)**, in Judicial Activism and procedural guarantees, org. Fredie Didier Jr., José Renato Nalini, Glauco Gumerato Ramos and Wilson Levy, Salvador, JusPodivm, 2013 p. 199/206.

198.     **Forensic recess, suspension of working hours and procedural deadlines: does the electronic process have new and undesirable surprises?**, in Carta Forense, No. 128, January 2014.

199.     **"Petition 10, sentence 10": a time for weighting and balance**, in Carta Forense, No. 129, February 2014.

200.     **Brief notes on the appeals system in the Code of Civil Procedure Bill (I),** in Carta Forense, No. 130, March 2014.

201.     **Brief notes on the appeals system in the Code of Civil Procedure Bill** (II), in Carta Forense, No. 131, April 2014.

202.     **Brief notes on the appeals system in the CPC Bill** (III), in Carta Forense, No. 132, May 2014.

203.     **Reform of evidentiary law in Brazilian civil process: the Draft of the UERJ (*Universidade Estadual do Rio de Janeiro* [State University of Rio de Janeiro]) "Observatory of Procedural Reforms" (I),** in Carta Forense, No. 133, June 2014.

204. **Collective suits and homogeneous individual rights in Brazil: a critical view about efficacy**, a work presented on a panel of **Law and Public Affairs**, before the University of Oxford School of Law, Oxford, England, on 06/09/14.

205. **Principles and rules in the Code of Civil Procedure** Bill, in Carta Forense, No. 134, July 2014.

206. **Profile of STJ rulings on the interference of the Judiciary in Arbitral matters**, in The Role of Case Law in the STJ, co-authored by Lucas Britto Mejias, coord. Isabel Gallotti, Bruno Dantas, Alexandre Freire, Fernando da Fonseca Gajardoni, José Miguel Garcia Medina, São Paulo, Revista dos Tribunais, 2014 p. 295/313.

207. **Reform of evidentiary law in Brazilian civil process: the Draft of the UERJ "Observatory of Procedural Reforms"** (II) in Carta Forense, August 2014.

208. **Expansion of personal liability: path to solving the lack of effectiveness of Brazilian civil enforcement**?, in Civil enforcement and related topics from the 1973 CPC to the New CPC – Studies in honor of Professor Araken de Assis, coord. Arruda Alvim, Eduardo Arruda Alvim, Gilberto Gomes Bruschi, Mara Larsen Chechi e Mônica Bonetti Couto, São Paulo, Revista dos Tribunais, 2014 p. 391/405.

209. **Who needs procedural doctrine?**, in Carta Forense, September 2014.

210. **Regarding attorneys in judges' offices**, in Folha de São Paulo newspaper, Trends and Debates section, edition dated 09/30/2014, available at: http://www1.folha.uol.com.br/opiniao/2014/09/1524524-flavio-luiz-yarshell-sobre-advogados-em-gabinetes-de-juizes.shtml.

211. **Actions for relief from judgment in the New CPC Bill (version that was returned to the Senate) – I,** in Carta Forense, October 2014.

212. **Actions for relief from judgment in the New CPC Bill (version that was returned to the Senate)** – II, in Carta Forense, November 2014.

213. **Small Claims Courts in Mediation and Arbitration,** in Carta Forense, December 2014.

214. **Brief reflections on the jurisdictional control of the media in the electoral sphere**, in Electoral Law – Studies in honor of Appellate Judge Mathias Coltro, coord. L. G. Costa Wagner and Petronio Calmon, Brasília, Gazeta Jurídica, 2014 p. 219/230.

215. **Challenges for Law Firms in light of the Anti-Corruption Law**, co-authored by Christian Garcia Vieira, in the CESA (*Centro de Estudos das Sociedades de Advogados* [Center for Law Firm Studies]) 2014 Yearbook, p. 69-72.

216. **Civil Procedural Law Course,** São Paulo, Marcial Pons, 1st edition, 2014.

217. **Renewal of free legal aid by degrees of jurisdiction,** in Carta Forense, January 2015.

218. **Finally, a new CPC: what do we have to celebrate?**, in Carta Forense, February 2015.

219. **Once again the electronic process: does recognition of lack of jurisdiction leads to the dismissal of the proceedings?**, in Carta Forense, March 2015.

220. **Piercing of the corporate veil and fraud in the enforcement of the new CPC**, in Carta Forense, April 2015.

221. **The incident of piercing of the corporate veil in the new CPC**, in Revista da CAASP (*Caixa de Assistência dos Advogados de São Paulo* [Assistance Fund for Attorneys of São Paulo]), No. 16, year 4, April 2015, p. 52-53.

222. **Incident of piercing of the corporate veil: the search of its legal nature**, in Carta Forense, May 2015.

223. **Convention of the parties in procedural matters in the New CPC**, in Revista do Advogado, Association of Lawyers of São Paulo, year XXXV, May 2015, No. 126, p. 89-94.

224.    **New CPC and the electoral process: solution to the problem of judging claims based on the same facts?**, in Carta Forense, June 2015.

225.    **Convention of the parties in procedural matters: towards a new era?**, in Collection of Major Aspects of the New CPC – Procedural Business, coord. Antonio do Passo Cabral and Pedro Henrique Pedrosa Nogueira, Salvador, Juspodivm, 2015 p. 63/80.

226.    **Comments on arts. 381 to 383 of the New CPC**, in Brief Comments on the New Code of Civil Procedure, coord. Teresa Arruda Alvim Wambier, Fredie Didier Jr., Eduardo Talamini and Bruno Dantas, São Paulo, Revista dos Tribunais, 2015 p. 1026/1044.

227.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (I)?**, in Carta Forense, July 2015.

228.    **Interpretive Standards in the new CPC: incidence in the *vacatio legis* period**, co-authored by Adriano Camargo Gomes, in Migalhas, July 2015.

229.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (II)?**, in Carta Forense, August 2015.

230.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (III)?**, in Carta Forense, September 2015.

231.    **Brief notes on the provisions of action for relief from judgment in the 2015 CPC**, in The New Code of Civil Procedure – Controversial Matters, coord. Ada Pellegrini Grinover, Sao Paulo, Atlas, 2015, p. 139/154.

232.    **The incident of piercing of the corporate veil in the 2015 CPC**: application to other forms of extending personal liability, in Corporate Process II – Adapted to the New CPC, coord. Flavio Luiz Yarshell and Guilherme Setoguti J. Pereira, São Paulo, Quartier Latin, 2015, p. 213/224.

233.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (IV)?**, in Carta Forense, October 2015.

234.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (V)?**, in Carta Forense, November 2015.

235.    **Brief reflections on the subsidiary application of the 2015 CPC to the process of Court-Ordered Restructuring**, in 10 Years of the Court-Ordered Restructuring and Bankruptcy Act – Reflections on Corporate Restructuring in Brazil, coord. Luis Vasco Elias, São Paulo, Quartier Latin, 2015, p. 161/171.

236.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (VI)?**, in Carta Forense, December 2015.

237.    **Very brief reflections on the appeal system in the new Code of Civil Procedure**, in Legal Notebooks – New Code of Civil Procedure, São Paulo Magistrate's School [*Escola Paulista da Magistratura*, EPM], São Paulo, year 16, No. 41, July/September 2015.

238.    **New CPC and the Electoral Process: Solution to the Problem of Ruling on Claims Based on the Same Facts?**, in Revista Síntese – Civil Law and Civil Procedure, 97, September/2015 – Special Edition – New CPC, São Paulo, Editora Síntese.

239.    **Liability of the administrator of a joint-stock company**, in Commercial Law Treatise, vol. 8, coord. Fábio Ulhoa Coelho, São Paulo, Saraiva, 2015, p. 345/371.

240.    **Interactions between the state proceedings and the arbitral proceedings**: the new Code of Civil Procedure and the reform of the Arbitration Act, co-authored with Lucas Britto Mejias, in the New Code of Civil Procedure: Impacts on Extravagant and Interdisciplinary Legislation, coord. Mirna Cianci, vol. 1, São Paulo, Saraiva, 2016, p. 308/317.

241.    **Intertemporal Law in the subject of Actions for Relief from Judgment**, in Intertemporal Law, Collection of Major Subjects of the New CPC, coord. Fredie Didier Jr., Flávio Luiz Yarshell and Fabio Guidi Tabosa Pessoa, Salvador, Juspodivm, 2016 p. 305/317.

242.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (VII)?**, in Carta Forense, January 2016.

243.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (VIII)?**, in Carta Forense, February 2016.

244.    **Brief reflections on the subsidiary application of the 2015 CPC** to the Federal Small Claims Court proceedings, in The New Code of Civil Procedure, Revista do Tribunal Regional Federal da Terceira Região, Special Edition, year XXVII, No. 128, Jan/Mar 2016. p. 65/69.

245.    **The Joinder**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB (*Ordem do Advogados do Brasil* [Brazilian Bar Association]) Federal Council, 2016, p. 22/23.

246.    **Intervention of third parties**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 24/26.

247.    **Powers and duties of the judge**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 27/28.

248.    **Assistants of the judiciary**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 29/30.

249.    **Provisional relief**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 39/41.

250.    **Common procedures: evidence**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 59/61.

251.    **Action for Relief from Judgment**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 96/97.

252.    **Appeals**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 103/105.

253.    **Appeals**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 106/108.

254.    **Interlocutory Appeals**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 109/110.

255.    **Internal Review**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 111.

256.    **Motions for relief**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 112/114.

257.    **Final and transitory provisions**, in The New Code of Civil Procedure: brief notes for attorneys, coord. Marcus Vinicius Furtado Coêlho, Elias Marques de Medeiros Neto, Flávio Luiz Yarshell, José Carlos Baptista Puoli, Brasília: OAB Federal Council, 2016, p. 121/122.

258.    **Brief notes on the subsidiary application of the new CPC to labor enforcement and the incident of piercing of the corporate veil**, in Revista do Tribunal Superior do Trabalho, vol. 82, No. 1, Jan/Mar 2016, p. 191/204.

259.    *Res judicata* **on the agenda of the Federal Supreme Court**, in Migalhas, March 2016.

260.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (IX)?**, in Carta Forense, April 2016.

261.    **Dynamic distribution of the burden of proof in the electoral process?**, in Electoral Law and the New Code of Civil Procedure, coord. André Ramos Tavares, Walber de Moura Garcia and Luiz Fernando Pereira, Belo Horizonte: Editora Forum, 2016 p. 269/277.

262.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (X)?**, in Carta Forense, May 2016.

263.    **Brief reflections on the jurisdictional control of the press in the electoral context**, in Legal Notebooks – Electoral Law, year 17, No. 42, January/March 2016, p. 99/108.

264.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (XI)? – rules of jurisdiction**, in Carta Forense, June 2016.

265.    **Distribution of the burden of proof in administrative misconduct proceedings and the 2015 CPC**, in Revista do Superior Tribunal de Justiça, v. 28, No. 241, org. Justice Napoleon Nunes Maia Filho and Mariana Costa de Oliveira, Brasilia, STJ, Jan/Mar 2016, p. 511 et al.

266.    **Il Sistema Probatorio nel CPC del 2015**, in Sistemi Processuali a confronto: il Nuovo Codice di Procedura Civile del Brasile tra tradizione e rinnovamento, Publications of the School of Federal Attorney General's Office, Brasilia, Editora Forum, Jan/Mar 2016, p. 113/120.

267.    **On the incident of piercing of the corporate veil**, in Comments on the new Code of Civil Procedure, coord. Antonio do Passo Cabral and Ronaldo Cramer, 2nd ed., Rio de Janeiro, Forense, 2016, p. 229/242.

268.    **Brief notes on evidence in the electoral process in light of the new Code of Civil Procedure**, in Electoral Law, Repercussions of the New CPC Collection, coord. Paulo Henrique dos Santos Lucon and Luiz Henrique Volpe Camargo, Salvador, JusPodivm, v. 12, 2016, p. 125/135.

269.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (XII)? – rules of jurisdiction**, in Carta Forense, July 2016.

270.    **The new Code of Civil Procedure and the electoral process**, in Electoral Law: material and procedural aspects, coord. Tarcisio Vieira de Carvalho Neto and Telson Luís Cavalcante Ferreira, São Paulo, Migalhas, 2016 p. 155/163.

271.    **Not-so-evident issues regarding the protection of evidence**, in Provisional relief in the new CPC, coord. Cassio Scarpinella Bueno, Elias Marques de Medeiros Neto, Olavo de Oliveira Neto, Patrícia Elias Cozzolino de Oliveira and Paulo Henrique dos Santos Lucon, São Paulo, Saraiva, 2016 p. 451/464.

272.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (XIII)? – rules of jurisdiction**, in Carta Forense, August 2016.

273.    **Intervention of amicus curiae in the process of a warrant**, in Constitutional Law, coord. José Carlos Baptista Puoli, Marcelo José Magalhães Bonício and Ricardo de Barros Leonel, Brasília, Gazeta Jurídica newspaper, 2016 p. 53/60.

274.    **Convention of the parties on procedural matters in the court-ordered restructuring process**, in Revista de Direito Recuperacional e Empresa, coord. Ruy Rosado de Aguiar Júnior, Carlos Henrique Abrão and Luciano Benetti Timm, year 1, vol. 1, São Paulo, Revista dos Tribunais, July/September 2016.

275.    **Impeachment: requiem in the STF?**, article available on the JOTA legal website (http://jota.uol.com.br/KWCZ3), published on 09/12/16.

276.    **Provisional relief (injunctive and interlocutory), in the new CPC: major changes (XIV)? – we are still debating the allegation of lack of jurisdiction**, in Carta Forense, September 2016.

277.    **Ruling on repetitive appeals even before administrative board decisions**, in Carta Forense, October 2016.

278.    **Further remarks on the subsidiary nature of the state jurisdictional control of the arbitral award**, in Revista de Arbitragem e Mediação, year 13, vol. 50, Jul/Sep 2016, São Paulo, Revista dos Tribunais, p. 155/164.

279.    **Notes on the provisions of third-party practice in the 2015 CPC** and art. 456 of the Civil Code, in Repercussions of the New CPC Collection – Civil Law, general coord. Fredie Didier Jr, coord. edition Marcos Ehrhardt Júnior and Rodrigo Mazzei, Salvador, Juspodivm, v. 14, 2016, p. 419/426.

280.    **Dynamic distribution of the burden of proof in the electoral process**, in Electoral Law and the New Code of Civil Procedure, coord. André Ramos Tavares, Walber de Moura Agra and Luiz Fernando Pereira, Belo Horizonte, Forum, 2016 p. 269/277.

281.    **Modulation of effects in judgments of repetitive appeals: is it possible even if there is no "change in dominant case law"?**, in Carta Forense, November 2016.

282.    **Remarks on the provision of provisional relief (injunctive and interlocutory)** in the new Code of Civil Procedure, in Main Innovations of the New Code of Civil Procedure, org. Bruno Augusto Sampaio Fuga, Patricia Ayub da Costa Ligmanovski, Tiago Brene Oliveira and Thiago Moreira de Souza Sabião, São Paulo, Boreal, 2016 p. 198/222.

283.    Interview with Revista Comercialista – Commercial and Economic Law, quarterly electronic publication, maintained by the Brazilian Institute of Commercial and Economic Law [*Instituto Brasileiro de Direito Comercial e Econômico*, IBDCE], v. 6, No. 16, 2016, p. 7/11.

284.    **Comments on the Code of Civil Procedure, arts. 334 to 368**, co-authored by Guilherme Setoguti J. Pereira and Viviane Siqueira Rodrigues, coord. Sérgio Cruz Arenhart and Daniel Mitidiero, vol. V, São Paulo, Revista dos Tribunais, 2016.

285.    **What is the future of convention of parties in procedural matters?**, in Carta Forense, December 2016.

286.    **Attorneys' fees and arbitration,** co-authored with Lucas Britto Mejias, in Attorneys' Fees: Collection of Major Aspects of the New CPC (2), Marcus Vinicius Furtado Coêlho and Luiz Henrique Volpe Camargo coord., Salvador, JusPodivm, 2016, p. 939/948.

287.    **What is the future of internal arbitration in Brazil?**, in Carta Forense, January 2017.

288.    **General Procedural Theory: life goes on**, in Carta Forense, February 2017.

289.    **Oral deposition on extended trials in the event of disagreement of the administrative board**, in Carta Forense, March 2017.

290.    **The legal provision of outsourcing: ongoing and concluded proceedings (first impressions)**, in Carta Forense, April 2017.

291.    **Letter from a litigation attorney to a colleague on the advisory board**, in Carta Forense, May 2017.

292.    **Incident of resolution of repetitive demands in the higher courts**, in Carta Forense, June 2017.

293.    **Action for Relief from Judgment - Comments on articles 966 to 975 of the 2015 CPC**, in Comments on the Code of Civil Procedure, coord. Cassio Scarpinella Bueno, vol. 4, São Paulo, Saraiva, 2017, p. 157/196.

294.    **Inductive and coercive measures in payment obligations,** in Carta Forense, July 2017.

295.    **In memory of Ada Pellegrini Grinover**, in Carta Forense, August 2017.

296.    **Is it possible that case law is uniform, stable, integral and coherent?**, in Carta Forense, No. 172, September 2017.

297.    **Reflections on oral depositions in court,** in Carta Forense, October 2017.

298.    **They, the professors, seen by us, the attorneys**, in AASP Bulletin No. 3048, second fortnight of October 2017.

299.    **Distribution of the burden of proof in administrative impropriety proceedings**, in Revista Síntese de Direito Administrativo, Year XII, No. 141 – September 2017, São Paulo, IOB, p. 275/283.

300.    **Pre-trial production of evidence not related to urgency in the 2015 CPC: how far do we want to or can we reach?**, in New CPC applied to trial attorneys, coord. Teresa Arruda Alvim, Mirna Cianci, Lucio Delfino, São Paulo, Revista dos Tribunais, 2017 p. 79/94.

301.    **Very brief reflection on the hypotheses of application of the interlocutory appeal in the 2015 CPC**, in Carta Forense, November 2017.

302.    **Further remarks on the hypotheses of the application of the Interlocutory Appeal**, in Carta Forense, December 2017.

303.    **Very brief remarks on the so-called right to be forgotten,** in Mário Sérgio. Advocacy. Justice. Democracy, coord. Marcos da Costa and Mario de Barros Duarte Garcia, Brasilia, OAB, Federal Council, 2017, p. 61/64.

304.    **The National Council of Justice in the Code of Civil Procedure**, co-authored with Viviane Siqueira Rodrigues, in The New Brazilian Civil Procedural Law, Studies in honor of Prof. José de Albuquerque Rocha, Rio de Janeiro, Lumen Juris, 2017, p. 55/65.

305.    **Brief notes on the role of the attorney in the evolution of arbitration in Brazil,** in Revista de Arbitragem e Mediação, v. 53, 2017, Apr.-Jun./2017, DTR\2017\1628, p. 63/76.

306.    **The Clean Sheet Act involves a paradox regarding popular will in elections**, in Folha de São Paulo newspaper, First Section, A6, January 01/18.

307.    **New profiles of the law,** in Carta Forense, No. 176, January 2018.

308.    **Repudiation of "Dirty Sheet" candidates: how and when?**, in América Economia magazine, No. 479, São Paulo, Innsbruck Editora, Jan/2018, p. 46/47.

309.    **Electoral process: possibility of preventive control of ineligibilities?**, in Carta Forense, February 2018.

310.    **New CPC and the Electoral Process: Solution to the Problem of Ruling on Claims Based on the Same Facts**?, in Repertório de Jurisprudência IOB, vol. III, 2nd fortnight of February, No. 04, 2018, p. 132/133.

311.    **The law and anti-corruption,** in Carta Forense, March 2018.

312.    **In defense of the STF?**, in Carta Forense, April 2018.

313.     **Brief Notes on Convention of Parties and the Powers of the Judge with regard to Evidence Issues**, in Revista da EMERJ (*Escola da Magistratura do Estado do Rio de Janeiro* [Magistrate's School of the State of Rio de Janeiro]), v. 20, No. 1, January/April 2018, p. 240/258.

314.     **Cognition of arbitrators in the execution of arbitral awards**, in Arbitration and evolution: relevant aspects after the reform of the Arbitral Law, Barueri, Manole, 2018, p. 160/167.

315.     **Should we again relativize** *res judicata*?, in Carta Forense, No. 180, May 2018.

316.     **Further on the "new" relativization of** *res judicata*?, in Carta Forense, June 2018.

317.     **Pre-trial production of evidence without the requirement of urgency in arbitrations involving the Public Treasury**, in Arbitration and Government Administration; Controversial Issues, Ribeirão Preto, Migalhas, 2018, p. 371/378.

318.     **Old and new reflections on the distribution of the burden of proof in the electoral process**, in Electoral Procedural Law, vol. VI, Treatise of Electoral Law Collection, coord. Luiz Fux, Luiz Fernando Casagrande Pereira and Walber de Moura Agra, org. Luiz Eduardo Peccinin, Belo Horizonte, Fórum, 2018 p. 489/504.

319.     **Civil proceedings from the economic standpoint**, in Carta Forense, July 2018.

320.     **Piercing of the corporate veil in criminal proceedings**, in Carta Forense, August 2018.

321.     **Comments on the Code of Civil Procedure, arts. 334 to 368**, co-authored by Guilherme Setoguti J. Pereira and Viviane Siqueira Rodrigues, coord. Sérgio Cruz Arenhart and Daniel Mitidiero, vol. V, 2nd ed., São Paulo, Revista dos Tribunais, 2018.

322.     **Very brief remarks on inductive and coercive measures in payment obligations**, in New Challenges for Legal Practice and the 2015 Code of Civil Procedure – Debates of the XXIII National Conference of Brazilian Legal Practice, org. Paulo Henrique dos Santos Lucon, Florianópolis, Empório do Direito, 2018 p. 73/79.

323.     **Pre-trial production of evidence not related to urgency in the 2015 CPC: how far do we want to or can we reach?**, in New CPC applied to trial attorneys, coord. Teresa Arruda Alvim, Mirna Cianci and Lucio Delfino, São Paulo, Revista dos Tribunais, 2018 p. 79/93.

324.     **Annotated Code of Civil Procedure, arts. 815 to 823**, coord. José Rogério Cruz e Tucci, Manoel Caetano Ferreira Filho, Ricardo de Carvalho Aprigliano, Rogéria Fagundes Dotti and Sandro Gilbert Martins, Association of Lawyers of São Paulo and OAB Paraná, 3rd ed., 2018, available in the online version, p. 1323/1333.

325.     **Application of the interlocutory appeal: a constitutional issue**, in Carta Forense, September 2018.

326.     **Imperative moment in criminal convictions: new relativization of** *res judicata*?, Revista do Advogado No. 139, in Honor of Mário Sérgio Duarte Garcia, September 2018, p. 56/61.

327.     **The II Civil Procedural Law Day, organized by the Federal Board of Justice**, in Carta Forense, October 2018.

328.     **What does the near future hold for the legal order?**, in Carta Forense, November 2018.

329.     **Very brief notes on the breach of secrecy or confidentiality in arbitration,** in Carta Forense, December 2018.

330.     **Action for annulment**, in Arbitration Course, coord. Daniel Levy and Guilherme Setoguti J. Pereira, São Paulo, Revista dos Tribunais, 2018 p. 431/455.

331.     **Uniform, stable, integral and coherent case law: surpassable obstacles?**, Civil procedural law studies: in honor of Professor José Rogério Cruz and Tucci, coord. Flávio Luiz Yarshell, José Roberto dos Santos Bedaque and Heitor Vitor Mendonça Sica, Salvador, JusPodivm, 2018 p. 287/308.

332.    **Arbitration and conflicts arising from agreements subject to regulation**, co-authored with Gustavo Pacífico, in Aspects of railroad law: a view through litigation, São Paulo, Verbatim, 2018, p. 395/411.

333.    **The autonomy of the courts to structure their information technology systems,** in Conjur, Available at https://www.conjur.com.br/2019-abr-08/flavio-yarshell-autonomia-cortes-sistema-tecnologico, dated 8.04.19.

334.    **The future of enforcement by amount in the hands of the Higher Court of Justice: proposal for reflection from the economic standpoint**, in Revista do Advogado, Lawyer's Association of São Paulo, April 2019, p. 102/109.

335.    **The plea bargain agreement from the perspective of civil trial attorney**, in Democracy and the justice system: work in honor of the 10 years of Justice Dias Toffoli on the Federal Supreme Court, coord. Alexandre de Moraes and André Luiz de Almeida Mendonça, Belo Horizonte, Fórum, 2019 p. 217/241.

336.    **Impartiality and the "exchange of ideas" between judges and prosecutors of the parties**, in Conjur – Opinion, on 07/05/19: https://www.conjur.com.br/2019-jul-05/flavio-yarshell-troca-ideias-entre-juizes-procuradores.

337.    **Oral arguments and effective adversary proceedings: dilemmas and perspectives of the oral deposition before the Court**, in Contemporary Civil Procedural Law – Studies in honor of Professor Walter Piva Rodrigues, org. Rodolfo da Costa Manso Real Amadeo, Daniel Guimarães Zveibil, Luiz Dellore, Júlio César Bueno and Marco Antonio Perez de Oliveira, Indaiatuba, Foco, 2019 p. 215/224.

338.    **Voluminous documentary evidence: perplexities generated by the document dump**, Conjur – Opinion, on 10/20/19: https://www.conjur.com.br/2019-out-20/flavio-yarshell-perplexidades-geradas-document-dump.

339.    **Limits of jurisdiction and effectiveness of decisions in the Internet environment**, co-authored by Adriano Camargo Gomes, Conjur – Opinion, on 08/13/19: https://www.conjur.com.br/2020-ago-13/yarshell-gomes-limites-jurisdicao-decisoes-internet.

340.    **Convention of the parties in procedural matters**, in Collection of Major Aspects of the New CPC, v. 1, Procedural business, coord. Pedro Henrique Nogueira and Antonio do Passo Cabral, volume I, 4th ed., Salvador, Juspodivm, 2019 p. 79/100.

341.    **Recordings obtained in violation of loyalty and good faith** (in particular in the context of the electoral process), in Procedural Law Studies in honor of Paulo Cezar Pinheiro Carneiro, coord. Aluísio Gonçalves de Castro Mendes, Cândido Rangel Dinamarco, Humberto Dalla Bernardina de Pinho and Luiz Fux, Rio de Janeiro, GZ, 2019 p. 379/390.

342.    **Internet and the limits of jurisdiction: a brief analysis in light of civil procedural law**, co-authored by Adriano Camargo Gomes, in Law, Process and Technology, coord. Erik Navarro Wolkart *et. al.*, São Paulo, Revista dos Tribunais, 2020, p. 19/57.

343.    **Brief reflections on the so-called document dump**, in Studies in Honor of Professor Thereza Alvim, coord. Arlete Inês Aurelli *et. al.*, São Paulo, Revista dos Tribunais, 2020, p. 281/294.

344.    **Old, new and (seemingly endless) controversies around item 343 of the dominant case law precedent of the STF**, in A life dedicated to law: studies in honor of Roberto Rosas, coord. Arruda Alvim, Eduardo Arruda Alvim, Flavio Galdino, Rio de Janeiro, GZ, 2020, p. 267/279.

345.    **Civil Procedural Law Course,** São Paulo, Marcial Pons, 2nd edition, 2020.

346.    **Ideas for the Brazilian Judiciary in times of the pandemic — parts I and II,** co-authored with Heitor Vitor Mendonça Sica, in Conjur – Current civil law:

https://www.conjur.com.br/2020-abr-20/ideias-judiciario-brasileiro-tempo-pandemia-parte  and
https://www.conjur.com.br/2020-abr-20/ideias-judiciario-brasileiro-tempo-pandemia-parte-ii.

347.    **Chaos in the Judiciary: an imminent tragedy, but one that can be avoided,** Conjur –
Opinion,    on    04/06/20:    https://www.conjur.com.br/2020-abr-06/flavio-yarshell-tragedia-
anunciada-evitada.

348.    **Court-Ordered Restructuring in times of the pandemic**, co-authored with Oreste Nestor
de Souza Laspro, in Conjur – Opinion, on 05/04/20: https://www.conjur.com.br/2020-mai-
07/yarshell-laspro-recuperacao-judicial-tempos-pandemia.

349.    **Reduced judicial involvement in civil enforcement: a useful and feasible solution
between us?**, co-authored with Viviane Siqueira Rodrigues, in Reflections on reduced judicial
involvement in civil enforcement, coord. Elias Marques de Medeiros Neto and Flávia Pereira
Ribeiro, Curitiba, Juruá, 2020, p. 361/372.

350.    *Amicus* **brief or assistance: intervention by** CADE (*Conselho Administrativo de Defesa
Econômica* [Brazilian Antitrust Regulatory Agency)] pursuant to Law 12,529/2011, co-authored
by Adriano Camargo Gomes, in Parties and Third Parties in the civil proceedings, coord. Eduardo
Talamini, Heitor Vitor Mendonça Sica, Lia Carolina Batista Cintra and Elie Pierre Edi, Collection
of Major Aspects of the New CPC – 14, Salvador, JusPodivm, 2020, p. 575/593.

351.    **Arbitral awards and piercing of the corporate veil in the execution of the award**, in
Studies in honor of Ada Pellegrini Grinover and José Carlos Barbosa Moreira, coord. Adrian
Simons, Aluisio Gonçalves de Castro Mendes, Alvaro Pérez Ragone and Paulo Henrique dos
Santos Lucon, São Paulo, Tirant lo Blanch, 2020 p. 600/604.

352.    **Intelligent agreements and civil enforcement: possible and useful dialogue?**, co-
authored with Viviane Siqueira Rodrigues, in Multi-pathing Technology and Justice, coord. Luiz
Fux, Henrique Ávila and Trícia Navarro Xavier Cabral, Indaiatuba, Foco, 2021 p. 417/425.

353.    **Revision of the civil process from the economic standpoint**, in Revista de Análise
Econômica do Direito, vol. 1/2021, Jan.-Jun./2021, DTR\2021\8879.

354.    **Corporate Process, Coordination of the Corporate Process I, II, III and IV,** with
Guilherme S. J. Pereira, São Paulo, Quartier Latin, 2012, 2015, 2019 and 2021.

355.    **The saint is not made of clay, but it is slow: arbitration under attack**, in Conjur
Opinion, on 03/28/21: https://www.conjur.com.br/2021-mar-28/flavio-luiz-yarshell-arbitragem-
ataque.

356.    **Two subjects pertaining to actions for relief from judgment in the case law of the
Higher Court: manifest violation of legal rules (CPC, art. 966, V) and deadlines in cases of
gradual formation of** *res judicata* **(item 401 of the dominant case law precedent)**, in the 2015
CPC seen by the STJ, Teresa Arruda Alvim, Sérgio Luiz Kukina, Pedro Miranda de Oliveira e
Alexandre Freire coord., São Paulo, Thomson Reuters, 2021, p. **1061/1074.**

357.    **Due legal process and exceptionalities,** in New studies of civil procedural law, Vivian
D'Ávila Melo Paixão and Raphael Augusto Silva org., São Paulo, Tirant lo Blanch, 2021, p. 10/18.

358.    **Due legal process in the foreclosure of a fiduciarily alienated asset,** in Liber amicorum
Teresa Ancona Lopez: studies on civil liability, São Paulo, Almedina, 2021, p. 257/273.

359.    **Studies in honor of Cândido Rangel Dinamarco.**Sao Paulo: Malheiros, 2022, v.1.
Coordination with Cândido Dinamarco; Carlos Carmona; José Roberto dos Santos Bedaque; José
Rogério Cruz e Tucci; Pedro da Silva Dinamarco.

360.    **Pre-trial production of evidence not related to urgency in arbitration: requiem,** in co-
authorship with Viviane Siqueira Rodrigues, Eduardo de Carvalho Becerra and Fabio de Souza

Rodrigues Marques, in Corporate Proceedings IV, coord. Flávio Luiz Yarshell and Guilherme Setoguti J. Pereira, p. 455/472.

361. **Balancing fundamental rights: What has the Brazilian Constitutional Court decided on mandatory vaccination?**, co-authored by Rafael Stefanini Auilo, 2022, at DirittiFondamentalli.it (https://dirittifondamentali.it/2022/01/15/balancing-fundamental-rights-what-has-the-brazilian-constitutional-court-decided-on-mandatory-vaccination/).

362. **Access to the court, law and society: studies in honor of Professor Marc Galanter,** São Paulo: Quartier Latin, 2022. Coordination with Susana Helena Costa and Marcelo V. Franco.

363. **Interview with Professor Arnoldo Wald: lessons that deserve to be remembered**, in The evolution of law in the 21st century: principles and values (ESG, freedom, regulation, equality and legal security). In honor of Professor Arnoldo Wald, 2022, p. 85/96.

364. **The Process as an Instrument for Non-Adjudicated Conflict Resolution:** New Perspectives for Procedural Law? Studies in honor of Cândido Rangel Dinamarco, v.1, coord. Cândido Dinamarco; Carlos Carmona; José Roberto dos Santos Bedaque; José Rogério Cruz e Tucci; Pedro da Silva Dinamarco, 2022, p. 415/429.

365. **Jokes about lawyers: what do they still tell us?** in Access to the courts, law and society: studies in honor of Professor Marc Galanter, coord. Flávio Luiz Yarshell; Susana Helena Costa and Marcelo V. Franco, 2022, p. 350/364.

366. **Legal therapeutic forms for litigation between doctors and patients**, co-authored by Mario Jorge Warde Filho and Maria do Patrocinio Tenorio Nunes, in Revista Brasileira de Cirurgia Plástica, 2022, p. 388/398.

367. **Due legal process in schools and universities,** in Jota, Available at https://www.jota.info/opiniao-e-analise/artigos/o-devido-processo-legal-nas-escolas-e-nas-universidades-22112022, dated 11/22/2022.

368. **Essays on Economic Analysis of Civil Procedure.** Coord. with Clarisse Frechiani Lara Leite, Heitor Vitor Mendonça Fralino Sica, Igor Bimkowski Rossoni, Luiza Trani and Milton Barossi Filho. São Paulo, Thoth Editora, 2022.

369. **Dissolution of a company whose assets are essentially real estate: examination and conflict resolution from the legal and economic standpoints**, in Essays on Economic Analysis of Civil Procedure, coord. Flávio Luiz Yarshell; Clarisse Frechiani Lara Leite; Heitor Vitor Mendonça Fralino Sica; Igor Bimkowski Rossoni; Luiza Trani and Milton Barossi Filho, 2022.

370. **Qualified precedents and binding of arbitrators: noises in the Judiciary brought to arbitration?**, in Judicial activism and challenges of constitutional case law. In honor of Professor Elival da Silva Ramos, coord. Hugo Moreira Lima Sauaia, Belo Horizonte, Editora Conhecimento, 2022, p. 335/348.

371. **Legal fees to be borne for loss of suit and contractual fees in arbitration**, co-authored with Ricardo de Carvalho Aprigliano, in Arbitration and proceedings – In honor of Professor Carlos Alberto Carmona, org. José Augusto Bitencourt Machado Filho, Guilherme Enrique Malosso Quintana, Gustavo Gonzalez Ramos, Luis Felipe Ferreira Baquedano, Daniel Mendes Bioza and Pedro Teixeira Mendes Parizotto, São Paulo, Quartier Latin, 2022 v. 2, p.443/482.

372. **Jurisdictional control of the adequate representation of minorities in claims for indemnity for acts of administrators and controllers**, in. Business Law and its Interfaces. In honor of Fábio Ulhoa Coelho, org. Ana Frazão, Rodrigo R. Monteiro de Castro and Sérgio Campino, Quartier Latin, 2022 v. 4, p. 491/504.

373. **Two reasons why section 1782 is pro-arbitration,** co-authored with Gustavo Favero Vaughn, in Revista Brasileira de Arbitragem, vol. 19, No. 75, 2022, p. 70/94.

374.     **Extent of personal liability: without balance, there is no solution**, in Conjur, Available at     [https://www.conjur.com.br/2023-fev-09/flavio-luiz-yarshell-extensao-responsabilidade-patrimonial](https://www.conjur.com.br/2023-fev-09/flavio-luiz-yarshell-extensao-responsabilidade-patrimonial), dated 02/09/23.

375.     *Lis alibi pendens* **and** *res judicata* **in arbitration** – Panel of Dr. Flávio Luiz Yarshell, in Collective Corporate Arbitration, coord. Ricardo Villas Bôas Cueva and Márcio Souza Guimarães, 2023, p. 72/79.

376.     **Dispute on part of the purpose of the process: should the solution in arbitration be different from that stipulated in the Code of Civil Procedure?**, in Studies in Honor of Sergio Bermudes, coord. Fierly Nascimento Filho; Márcio Vieira Souto Costa Ferreira and Renato Beneduzi, Editora GZ, 2023.

377.     **Brief notes on the financing of litigation by third parties for companies in crisis**, in Litigation Finance and Special Situations, coord. Guilherme Setoguti J. Pereira, 2023, p. 245/263.

378.     **Disagreement in the overturning court and repercussion on the continuity of the overturning judgment,** co-authored with Rafael Stefanini Auilo, in Essays on Constitutional Law, Civil Procedure and Civil Law. In honor of Professor José Manoel de Arruda Alvim, Curitiba, Editora Direito Contemporâneo, 2023, p. 570/579.

379.     **Authorship of the preface,** in Pre-trial production of evidence: adequate procedure for maximum efficacy and stability, Bruno Augusto Sampaio Fuga, Londrina, Thoth, 2023.

380.     **Action of administrative impropriety,** in Civil Procedural Law Institutions VI – Special Procedures, org. Cândido Rangel Dinamarco, Pedro da Silva Dinamarco and Bruno Vasconcelos Carrilho Lopes, Salvador, Juspodivm and Malheiros, 2023 p. 617/646.

381.     **Court demands for the complementation of an arbitral award**, in Arbitration and the Judiciary: studies on the interactions between arbitral and state jurisdictions, coordinated by Gilberto Giusti, Eliana Baraldi, Eduardo Vieira de Almeida and Gustavo Favero Vaughn, organized by Paula Akemi Taba Vaz, Ribeirão Preto, Migalhas, 2023.

382.     **Pre-trial production of evidence without requirement of urgency: collection of evidence involving facts, people and assets located outside Brazil**, at the printer.

383.     **Notes on the transmission of the arbitral agreement to the insurer in the event of subrogation**, co-authored by Rafael Stefanini Auilo, at the printer.

384.     **Action for relief from judgment and pre-trial production of evidence**, co-authored by Rafael Stefanini Auilo, at the printer.

385.     **Brief critical reflections on the unavailability of assets from the perspective of civil procedural law**, at the printer.

386.     **Evidentiary standards** in the electoral process, co-authored by Rafael Stefanini Auilo, at the printer.

387.     **Previous (and exceptional) judicial control of arbitral decisions: examination from the perspective of the inability of jurisdictional control**, co-authored by Rafael Stefanini Auilo, at the printer.

388.     **Brief notes on evidentiary procedural conventions in arbitrations,** co-authored by Rafael Stefanini Auilo, at the printer.

389.     **Notes on the judicial decisions on the horizon of artificial intelligence,** co-authored by Rafael Stefanini Auilo, at the printer.

390.     **Declaratory relief and insurance legal relationship,** co-authored by Eduardo de Carvalho Becerra, at the printer.