**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,                              Chapter 15
                                                 Case No.: 23-11719-MAM
     Debtor in a Foreign Proceeding.

_____/

AJ RUIZ CONSULTORIA EMPRESARIAL
S.A., solely as Judicial Administrator and
foreign representative of TINTO HOLDING
LTDA.,

     Plaintiff,
                                                 Adv. Case No. 23-01118
v.

COLORADO INVESTMENT HOLDINGS
LLC, J&F INVESTIMENTOS S.A., JJMB
PARTICIPAÇÕES LTDA., WWMB
PARTICIPAÇÕES LTDA., JOESLEY
MENDONÇA BATISTA, WESLEY
MENDONÇA BATISTA, and JBS S.A.,

     Defendants.                        **ORAL ARGUMENT REQUESTED**

_____/

**DECLARATION OF LAURA J. GARR IN SUPPORT OF MOTION OF DEFENDANTS**
**J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB**
**PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, AND WESLEY**
**MENDONÇA BATISTA TO DISMISS THE AMENDED COMPLAINT OR**
**IN THE ALTERNATIVE TO ABSTAIN FROM EXERCISING JURISDICTION**

I, Laura J. Garr, hereby declare that:

1.  I am an attorney at White & Case LLP, counsel to Defendants J&F Investimentos

S.A., JJMB Participações Ltda., WWMB Participações Ltda., Joesley Mendonça Batista, and

Wesley Mendonça Batista (collectively, the "**Brazilian Defendants**").  Capitalized terms used

and not defined herein have the meanings ascribed to such terms in the Motion (as defined below).

2. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint or in the Alternative Abstain from Exercising Jurisdiction (the "**Motion**"), filed contemporaneously herewith.

3. Attached hereto as Exhibits 1 – 4 are true and correct copies of the following documents. Each Exhibit contains (a) the Portuguese version of the document; (b) an English translation; and (c) a certification relating to the translation.

> **Exhibit 1:** October 19, 2023 Statement from Brazil Special Situations I Investment Fund to the Honorable Judge of the 2nd Bankruptcy and Judicial Reorganization Court of the Central Civil Jurisdiction of the Capital District of São Paolo, Brazil.

> **Exhibit 2:** January 19, 2024 Statement from JBS S.A. to the Honorable Judge of the 2nd Bankruptcy and Judicial Reorganization Court of the Central Civil Jurisdiction of the Capital District of São Paolo, Brazil.

> **Exhibit 3:** January 29, 2024 Statement from Judicial Administrator, AJ Ruiz Consultoria Empresarial S.A., to the Honorable Judge of the 2nd Bankruptcy and Judicial Reorganization Court of the Central Civil Jurisdiction of the Capital District of São Paolo, Brazil.

> **Exhibit 4:** December 15, 2023 National Council of Justice Decision in Administrative Control Procedure No. 0005439-16.2023.2.00.0000.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated:   February 5, 2024

Respectfully submitted,

**WHITE & CASE**
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8849
Facsimile: (212) 354-8113
Email: laura.garr@whitecase.com

By:   /s/ *Laura J. Garr*

Laura J. Garr
(*Pro hac vice pending*)