UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

Chapter 15
Case No.: 23-11719-MAM

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA and JBS S.A.,

    Defendants.
_____/

Adv. Case No. 23-01118

**PLAINTIFF'S MOTION TO SEAL**

Plaintiff AJ Ruiz Consultoria Empresarial S.A., solely as Judicial Administrator and foreign representative of Tinto Holding Ltda. ("Plaintiff"), files this Motion to Seal (the "Motion") and respectfully requests entry of an order sealing (i) Plaintiff's Motion to Strike Defamatory and Scandalous Material Pursuant to 11 U.S.C. § 107(b)(2) and Rule 9018 of the Federal Rules of Bankruptcy Procedure and exhibits attached thereto (the "Motion to Strike"),[1] and (ii) any responses to the Motion to Strike. Plaintiff makes this request pursuant to 11 U.S.C. § 107(b)(2),

---

[1] The Motion to Strike and attached exhibits have been submitted to this Court, accompanied by Local Form 72, for *in camera* review.

Federal Rule of Bankruptcy Procedure 9018, Local Bankruptcy Rule 5005-1(A)(4), and other applicable statutes and rules. Plaintiff respectfully requests that this Court direct the Clerk of the Court to seal the beforementioned filings and enter an order granting this Motion, substantially in the form of the Proposed Order attached hereto as **Exhibit "A."**

## BASIS FOR REQUESTED RELIEF

1. Section 107(b) of the Bankruptcy Code provides that "[o]n request of a party in interest, the bankruptcy court *shall* . . . protect a person with respect to scandalous or defamatory matter contained in a paper filed in a case under this title." 11 U.S.C. § 107(b)(2) (emphasis added). The word "shall" makes it plain that Congress "eliminate[d] a court's discretion by making it mandatory for a court to protect documents falling into one of the enumerated exceptions." *In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 430 (9th Cir. 2011); *accord In re Transbrasil S.A. Linhas Aereas*, 644 F. App'x 959, 962 (11th Cir. 2016) ("Section 107(b) . . . does not require the bankruptcy court to find a compelling interest or even good cause. . . . Rather, upon determining that a movant has identified information that qualifies for protection under §107(b), the bankruptcy court shall protect the information."); *In re Orion Pictures Corp.,* 21 F.3d 24, 28 (2d Cir. 1994) (same).[2]

2. As explained in Plaintiff's Motion to Strike, paragraphs 3**,** 21-24, 26 n.5, and 58-61 of the Motion to Dismiss the Amended Complaint filed by the Batista Defendants (the "Motion to Dismiss") contains "scandalous or defamatory" statements that should not be part of the record in this case. Because the Motion to Strike discusses those allegations to defend against them, and such "scandalous or defamatory" matter ought to be considered by the Court without further

---

[2] Section 107 has been implemented through Rule 9018 of the Federal Rules of Bankruptcy Procedure. That rule, like Section 107(b), allows the Court, with or without notice, to seal any documents containing "scandalous or defamatory matter."

publicizing the allegations and deepening the harm caused by them, Plaintiff respectfully request that the Motion to Strike and accompanying exhibits be sealed.

3. Moreover, the Motion to Strike and accompanying exhibits contain information about confidential proceedings that are sealed in Brazil. Plaintiff included that information in the Motion to Strike for the sole purpose of responding to the "scandalous or defamatory" allegations in the Motion to Dismiss, and therefore seeks to keep that sealed information out of the public eye in this Chapter 15 case as well.

4. Together with the filing of this Motion, Plaintiff is serving the Motion to Strike upon all counsel of record in this case, including counsel for Defendants Colorado Investment Holdings LLC, J&F Investimentos S.A., JJMB Participações Ltda., WWMB Participações Ltda., Joesley Mendonça Batista, and Wesley Mendonça Batista, and JBS, S.A., in the manner required by applicable law, along with accompanying exhibits, this Motion, and Proposed Order.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order, substantially in the form of Exhibit A, (A) authorizing the sealing of (i) Plaintiff's Motion to Strike and accompanying exhibits, and (ii) any responses to the Motion to Strike; and (B) granting access to the sealed materials only to the parties to this Adversary Proceeding, counsel to the parties to this Adversary Proceeding, the Court, and Court personnel.

Dated: March 11, 2024                    Respectfully submitted,

                                                                                SEQUOR LAW, P.A.
                                                                                1111 Brickell Avenue, Suite 1250
                                                                                Miami, Florida 33131
                                                                                Telephone: (305) 372-8282
                                                                                Facsimile: (305) 372-8202
                                                                                Email: ggrossman@sequorlaw.com
                                                                                nmiller@sequorlaw.com

                                                            By:    */s/ Nyana Abreu Miller*

Gregory S. Grossman
Florida Bar No.: 896667
Nyana Abreu Miller
Florida Bar No. 92903

Derek T. Ho (*pro hac vice*)
Andrew E. Goldsmith (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
Eden M. Bernstein (*pro hac vice*)
Chase H. Robinett (*pro hac vice*)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com
ebernstein@kellogghansen.com
crobinett@kellogghansen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case, as indicated on the service list on March 11, 2024.

/s/ Nyana Abreu Miller
Nyana Abreu Miller

## SERVICE LIST

**23-11719-MAM Notice will be electronically mailed to:**

Eden Mirelle Bernstein on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
ebernstein@kellogghansen.com

Andrew E Goldsmith on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
agoldsmith@khhte.com, aholloman@khhte.com

Derek T Ho on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
dho@kellogghansen.com, nreyes@kellogghansen.com

Daniel Humphrey on behalf of Defendant Colorado Investment Holdings, LLC
danielhumphrey@quinnemanuel.com, michaelalvarez@quinnemanuel.com

Grace W. Knofczynski on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
gknofczynski@kellogghansen.com

Chase Robinett on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
crobinett@kellogghansen.com

Gabriela Ruiz on behalf of Defendant JBS S.A.
gruiz@fordobrien.com

Olga M Vieira on behalf of Defendant Colorado Investment Holdings, LLC
olgavieira@quinnemanuel.com, ivettegalante@quinnemanuel.com

Jason Zakia on behalf of Defendant J&F Investimentos S.A.
jzakia@whitecase.com, mco@whitecase.com

Jason Zakia on behalf of Defendant JJMB Participacoes LTDA
jzakia@whitecase.com, mco@whitecase.com

Jason Zakia on behalf of Defendant WWMB Participacoes LTDA
jzakia@whitecase.com, mco@whitecase.com

Jason Zakia on behalf of Defendant Joesley Mendonca Batista
jzakia@whitecase.com, mco@whitecase.com

Jason Zakia on behalf of Defendant Wesley Mendonca Batista
jzakia@whitecase.com, mco@whitecase.com

**23-01118-MAM Notice will not be electronically mailed to:**

Katherine Scherling
c/o Quinn Emanuel et al
51 Madison Ave, Fl 22
New York, NY 10010

James C. Tecce
Quinn Emanuel et al
51 Madison Ave., Floor 22
New York, NY 10010

6