UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,                                    Chapter 15
                                                        Case No.: 23-11719-MAM

    Debtor in a Foreign Proceeding.

_____/

AJ RUIZ CONSULTORIA EMPRESARIAL
S.A., solely as Judicial Administrator and
foreign representative of TINTO HOLDING
LTDA.,

    Plaintiff,

                                        Adv. Case No. 23-01118

v.

COLORADO INVESTMENT HOLDINGS
LLC, J&F INVESTIMENTOS S.A., JJMB
PARTICIPAÇÕES LTDA., WWMB
PARTICIPAÇÕES LTDA., JOESLEY
MENDONÇA BATISTA, WESLEY
MENDONÇA BATISTA and JBS S.A.,

    Defendants.

_____/

## NOTICE OF FILING CERTIFIED TRANSLATIONS

    Plaintiff AJ Ruiz Consultoria Empresarial S.A., solely as Judicial Administrator and foreign representative of Tinto Holding Ltda. ("Plaintiff"), hereby gives notice of filing of the following certified English translations referenced in the Declaration of Nyana Miller, filed at ECF No. 83-1:

1. Exhibit M – Article from CNN Brasil website, printed March 11, 2024, "CVM multa irãmos Joesley e Wesley Batista por uso indevido de jato," ("CVM Fines Brothers Joesley and Wesley Batista for Improper Use of Jet").
2. Exhibit N – Congresso Nacional CPMI - JBS 00170/2017, printed on March 11, 2024.
3. Exhibit P – Article from Poder360, printed on March 11, 2024, "Apartamento de Joesley em Nova York não está em nome do empresario," ("Joesley's Apartment in New York Is Not In The Businessman's Name").

1

SEQUOR LAW, P.A.

4. Exhibit Q – Article from Brazil Journal, printed on March 11, 2024, "Depois de 22 anos, Patricia Moraes deixa o JP Morgan," ("Patricia Moraes Leaves JP Morgan After 22 Years").

Dated: March 15, 2024                                Respectfully submitted,


                                                     SEQUOR LAW, P.A.
                                                     1111 Brickell Avenue, Suite 1250
                                                     Miami, Florida 33131
                                                     Telephone: (305) 372-8282
                                                     Facsimile: (305) 372-8202
                                                     Email: ggrossman@sequorlaw.com
                                                     nmiller@sequorlaw.com
                                                     jmosquera@sequorlaw.com

                                          By:        _/s/ Nyana Abreu Miller_____
                                                     Jennifer Mosquera
                                                     Florida Bar No.: 1018656
                                                     Gregory S. Grossman
                                                     Florida Bar No.: 896667
                                                     Nyana Abreu Miller
                                                     Florida Bar No. 92903

                                                     - and –

                                                     Derek T. Ho (*pro hac vice*)
                                                     Andrew E. Goldsmith (*pro hac vice*)
                                                     Grace W. Knofczynski (*pro hac vice*)
                                                     Chase H. Robinett (*pro hac vice*)
                                                     KELLOGG, HANSEN, TODD,
                                                     FIGEL & FREDERICK, P.L.L.C.
                                                     1615 M Street, NW, Suite 400
                                                     Washington, D.C. 20036
                                                     Phone: (202) 326-7900
                                                     Fax: (202) 326-7999
                                                     dho@kellogghansen.com
                                                     agoldsmith@kellogghansen.com
                                                     gknofczynski@kellogghansen.com
                                                     crobinett@kellogghansen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all participants listed on the Service List on March 15, 2024.

*/s/ Nyana Abreu Miller*
Nyana Abreu Miller

## SERVICE LIST

Daniel Humphrey on behalf of Defendant Colorado Investment Holdings, LLC
danielhumphrey@quinnemanuel.com, michaelalvarez@quinnemanuel.com

Gabriela Ruiz on behalf of Defendant JBS S.A.
gruiz@fordobrien.com

Olga M Vieira on behalf of Defendant Colorado Investment Holdings, LLC
olgavieira@quinnemanuel.com, ivettegalante@quinnemanuel.com

Jason Zakia on behalf of Defendant J&F Investimentos S.A., JJMB Participacoes LTDA, WWMB Participacoes LTDA, Joesley Mendonca Batista, Wesley Mendonca Batista
jzakia@whitecase.com, mco@whitecase.com

# Exhibit M

# CVM fines brothers Joesley and Wesley Batista for improper use of jet

cnnbrasil.com.br/economia/cvm-multa-irmaos-joesley-e-wesley-batista-por-uso-indevido-de-jato/

While Wesley will be required to pay R$ 700,000 reais, Joesley will be responsible to pay an additional R$ 400,000 to the Securities and Exchange Commission



Businessman Joesley Batista, of JBS: the executive will be required to pay R$400,000 in fines; his brother will pay R$700,000 Photo: Edilson Rodrigues/Agência Senado

Estadão Conteúdo

Listen to the news

On Tuesday, the Brazilian Securities and Exchange Commission (CVM) decided to fine the brothers Joesley and Wesley Batista, owners of the JBS meatpacking company, for improper use of the company's jet for private purposes.

As the company's controlling shareholder, Wesley received a fine of R$400,000 for performing acts of liberality at the company's expense and an additional R$300,000 for failing to comply with his duty as a company director to exercise caution when using JBS assets. Joesley received a fine of R$400,000 for using company assets for private purposes.

The brothers were accused of using the company's private jet for their own benefit, without the authorization of the Meeting of Shareholders or the Board of Directors, for a trip to the United States in 2017, following Joesley's plea bargain in the scope of Operation Carwash [*Operação Lava Jato*].

**See also:**
Via Varejo soars, then crashes, with deleted tweet containing unauthorized data

According to the president of the CVM and the rapporteur in the case, Marcelo Barbosa, by authorizing the use of the aircraft, the brothers violated "the principle of the autonomy of the assets of the company, thereby constituting an act of liberality at the expense of the company". The prosecution argued that the executive, as the chairman of the JBS Board of Directors, could have covered his own costs or reimbursed the company for them.

The authority rejected the defense arguments of the Batista brothers that the financial impact on the company was negligible and that the purpose of the flight was to guarantee Joesley's physical and moral security. "There is no justification for the claim that the trip was in the interest of JBS, that it could therefore cover the costs. The unfolding of the need for security benefited the defendants, not the company," said Barbosa when issuing the ruling in the case and voting in favor of the judgment.

Director Henrique Machado and alternate director Francisco Santos concurred with the rapporteur.

In December 2019, the CVM rejected a proposal for a Settlement Agreement submitted by Wesley and Joesley, who offered to pay R$200,000.00 and R$150,000.00, respectively, to dismiss the case.

**Click here and follow CNN Brasil Business on Facebook**



## Topics

- JBS
- Joesley Batista

THE STATE OF FLORIDA    }
                        }
COUNTY OF MIAMI DADE }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Cristina Gomez who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Cristina Gomez and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Portuguese languages.

3. I have worked as a professional legal translator since 2002, and I hold a Juris Doctor degree from the UNED, Madrid, Spain. Additionally, I graduated with a degree in Linguistics from the Ecole de Langues in Geneva, Switzerland. I hereby state that I am qualified to translate from Portuguese into English. Furthermore, I am a voting member at the American Translators Association (#260303).

I hereby certify that the Portuguese to English translation of the document *Exhibit M – CVM multa irãmos Joesley e Wesley Batista por uso indevido de jato* attached hereto is true, accurate, and complete English translation, to the best of my ability, of the original document in Portuguese.

Cristina Gomez
Professional Legal Translator
American Translators Association #260303

Sworn to before me this 14th day of March, 2024

Notary Public in and for the State of Florida
My commission expires: _June 19th 2024_

DAYRI NICOLAS
Notary Public - State of Florida
Commission # HH 412477
My Comm. Expires Jun 19, 2027

Certified Translations.713.444.5964

## CVM multa irmãos Joesley e Wesley Batista por uso indevido de jato

🔲 cnnbrasil.com.br/economia/cvm-multa-irmaos-joesley-e-wesley-batista-por-uso-indevido-de-jato/

Enquanto Wesley precisará desembolsar R$ 700 mil reais, Joesley ficará responsável por pagar mais R$ 400 mil à Comissão de Valores Mobiliários



O empresário Joesley Batista, da JBS: executivo precisará pagar R$ 400 mil em multa; o seu irmão pagará R$ 700 mil Foto: Edilson Rodrigues/Agência Senado

Estadão Conteúdo

Ouvir notícia

A Comissão de Valores Mobiliários (CVM) decidiu nesta terça-feira, 21, multar os irmãos Joesley e Wesley Batista, donos do frigorífico JBS, por uso indevido do jatinho da companhia para fins particulares.

Por ser o controlador da empresa, Wesley recebeu multa de R$ 400 mil por prática de liberalidade às custas da companhia e mais R$ 300 mil pelo descumprimento do dever de dirigente da empresa de adotar cautela na utilização de bens e patrimônio da JBS. Já Joesley recebeu multa de R$ 400 mil por utilizar bens da empresa para fins particulares.

Os irmãos foram acusados de usar jatinho particular da empresa em proveito próprio, sem autorização da Assembleia de Acionistas ou do Conselho de Administração, para uma viagem aos Estados Unidos em 2017, após delação premiada de Joesley no âmbito da Operação Lava Jato.

**Veja também:**
Via Varejo dispara, e depois cai, com tuíte apagado com dados não autorizados

Segundo o presidente da CVM e relator do processo, Marcelo Barbosa, ao autorizar o uso da aeronave os irmãos teriam violado "o princípio da autonomia patrimonial da sociedade, configurando ato de liberalidade à custa da companhia". A acusação argumenta que o executivo, na qualidade de presidente do Conselho de Administração da JBS, poderia ter arcado com os próprios custos ou ressarcido a companhia dos mesmos.

A autarquia recusou os argumentos da defesa dos irmãos Batista, de que o impacto financeiro na companhia foi irrisório e de que o voo teve por finalidade garantir a integridade física e moral de Joesley. "Não há nada que justifique a viagem em interesse da JBS para a mesma arcar com os custos. O desdobramento da necessidade de segurança beneficiou os acusados, e não a companhia", afirmou Barbosa ao relatar o caso e votar pela condenação.

Votaram como relator os diretores Henrique Machado e o diretor substituto Francisco Santos.

Em dezembro de 2019, a CVM rejeitou proposta de Termo de Compromisso feito pelos irmãos Wesley e Joesley, que ofereceram pagar, respectivamente, R$ 200.000,00 e R$ 150.000,00 para encerrar o processo.

**Clique aqui e siga a página do CNN Brasil Business no Facebook**



## Tópicos

- JBS
- Joesley Batista

# Exhibit N

CPMI - JBS
00170/2017

**NATIONAL CONGRESS**

**JOINT CONGRESSIONAL COMMITTEE OF INQUIRY CREATED AS A RESULT OF REQUEST No. 1 OF 2017 - CN, TO INVESTIGATE ALLEGED IRREGULARITIES INVOLVING THE JBS AND J&F COMPANIES IN TRANSACTIONS CARRIED OUT WITH BNDES AND BNDES-PAR BETWEEN 2007 AND 2016, WHICH RESULTED IN PREJUDICE TO THE PUBLIC INTEREST; INVESTIGATE THE PROCEEDINGS UNDER THE TERMS OF THE PLEA BARGAIN AGREEMENT ENTERED INTO BY THE OFFICE OF THE FEDERAL PROSECUTOR AND THE SHAREHOLDERS OF THE JBS AND J&F COMPANIES.**

**REQUEST NO              OF 2017**
**(From Mr. Izalci Lucas)**

Request for submission for the deliberation of the Plenary of this Joint Congressional Committee to REQUEST from JBS S/A the Logbook of the private aircraft of Joesley Batista, the Learjet jet with registration number PR-JBS, providing details of the respective flight records, trips, list of occupants, dates, schedules, routes flown and takeoff and landing locations of the aircraft from 2007 to 2016.

Mr. Chairman,

Under the terms of constitutional (§ 3 of Article 58 of CF/88), legal (Article 2 of Law 1.579/52) and regulatory (Article 148 of the Internal Rules of the Federal Senate and Article 151 of the Internal Rules of the National Congress) provisions, I request that the Plenary of this Joint Parliamentary Committee of Inquiry deliberate on the submission of the request made herein to REQUEST from JBS S/A the Logbook of the private aircraft of Joseley Batista

 **NATIONAL CONGRESS**

for the Learjet jet registered under PR-JBS, providing details of the respective flight records, trips, list of occupants, dates, times, routes flown and takeoff and landing locations of the aircraft from 2007 to 2016.

### JUSTIFICATION

This is a Joint Congressional Committee of Inquiry (CPMI) aimed at investigating alleged irregularities involving the companies of the J&F Participações Ltda economic group in transactions carried out with BNDES and BNDES-PAR between 2007 and 2016, which resulted in prejudice to the public interest, as well as the proceedings under the terms of the plea bargain agreement entered into by the Office of the Federal Public Prosecutor and the shareholders of the JBS companies (CN Request No. 01 of 2017).

J&F Participações Ltda is a holding company that controls several companies, including JBS S/A. Between 2002 and 2013, Banco Nacional de Desenvolvimento Economico e Social (BNDES) released 12.8 billion reais to companies controlled by J&F Participações Ltda, either in the form of loans or shareholdings. The favored companies included JBS S/A, with 6.6 billion reais. There is also Eldorado, with 2.8 billion reais; Bertin S/A, with 2.7 billion reais; Bracol Holding Ltda, with 425.9 million reais; and Vigor, with 250.2 million reais. This influx of resources enabled the revenue of the Group, which was 4 billion reais in 2006, to reach 170 billion reais in 2016. In other words, an increase of more than 4,000%. The J&F Participações Ltda group operates in more than 150 countries, has 300 industrial units and employs more than 200,000 people. It is the largest animal protein processor in the world. Approximately 70% of the Group's business is controlled by JBS USA Holding, which has 56 plants based in the United States.

Joesley Batista, one of the controlling shareholders of the Group, affirmed that the BNDES funds were released after political intervention. According to him, former minister Guido Mantega, along with other leaders of the Workers' Party, received 200 million reais in bribes. It was precisely between

 **NATIONAL CONGRESS**

2007 and 2010 when BNDES released the largest amount of funds. Around 8.1 billion reais were allocated to the J&F Participações Ltda group during this period in order to make various acquisitions possible. One such acquisition was the purchase of the US company Swift & Co for 1.4 billion dollars. Two years later, in September 2009, Pilgrims was acquired for 3.5 billion reais. In 2013, it also bought Primo Smallgood in Australia for 1.2 billion dollars. Seara and Bertin had already been acquired previously.

Joesley Batista affirms that he sent 1.4 billion reais in bribes to political parties and politicians, due to the facilities granted in the release of BNDES funds between 2007 and 2010. According to him, 616 million reais went to the PT [Workers' Party] and 453 million reais to the PMDB [Brazilian Democratic Movement Party]. Together, the two parties received around 70% of the total bribe. According to the Federal Police, the "deals" involving J&F Participações Ltda and BNDES resulted in a loss of 1.2 billion reais for the development bank.

Considering the purpose of this CPMI, it is important to request from JBS S/A, the Logbook of Joesley Batista's private aircraft, Learjet registration PR-JBS, providing details of the respective flight records, trips, list of occupants, dates, schedules, routes flown and takeoff and landing locations of the aircraft from 2007 to 2016, in order to ascertain whether public authorities and agents used the aircraft to gain an advantage for themselves or to offer some benefit to the JBS group in exchange for the use of the aircraft in question.

In view of the above, we believe it is appropriate for the members of this Committee to approve this request.

Committee Room, on                         2017.


Congressman Izalci Lucas

PSDB/DF

NGPS.2017.06.16

THE STATE OF FLORIDA   }
                       }
COUNTY OF MIAMI DADE   }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Cristina Gomez who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Cristina Gomez and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Portuguese languages.

3. I have worked as a professional legal translator since 2002, and I hold a Juris Doctor degree from the UNED, Madrid, Spain. Additionally, I graduated with a degree in Linguistics from the Ecole de Langues in Geneva, Switzerland. I hereby state that I am qualified to translate from Portuguese into English. Furthermore, I am a voting member at the American Translators Association (#260303).

I hereby certify that the Portuguese to English translation of the document *Exhibit N – Congresso Nacional CPMI - JBS 00170/2017* attached hereto is true, accurate, and complete English translation, to the best of my ability, of the original document in Portuguese.

_____

Cristina Gomez
Professional Legal Translator
American Translators Association #260303

Sworn to before me this 14th day of March, 2024

_____
Notary Public in and for the State of Florida
My commission expires: June 19th 2027

DAYRI NICOLAS
Notary Public - State of Florida
Commission # HH 412477
My Comm. Expires Jun 19, 2027



**CONGRESSO NACIONAL**

**COMISSÃO PARLAMENTAR MISTA DE INQUÉRITO CRIADA POR MEIO DO REQUERIMENTO N.º 1, DE 2017 – CN, DESTINADA A INVESTIGAR SUPOSTAS IRREGULARIDADES ENVOLVENDO AS EMPRESAS JBS E J&F EM OPERAÇÕES REALIZADAS COM O BNDES E BNDES-PAR OCORRIDAS ENTRE OS ANOS DE 2007 A 2016, QUE GERARAM PREJUÍZOS AO INTERESSE PÚBLICO; INVESTIGAR OS PROCEDIMENTOS DO ACORDO DE COLABORAÇÃO PREMIADA CELEBRADO ENTRE O MINISTÉRIO PÚBLICO FEDERAL E OS ACIONISTAS DAS EMPRESAS JBS E J&F.**

**REQUERIMENTO Nº          , DE 2017**
**(Do Sr. Izalci Lucas)**

Requer seja submetido à deliberação do Plenário desta Comissão Parlamentar Mista de Inquérito o pedido ora formulado de REQUISIÇÃO à JBS S/A, do Diário de Bordo da aeronave particular de Joesley Batista, do jato Learjet de matrícula PR-JBS, detalhando os respectivos registros dos voos, trajetos, lista dos ocupantes, as datas, horários, trechos voados e locais de decolagem e pouso da aeronave no período de 2007 a 2016.

Senhor Presidente,

Nos termos das disposições constitucionais (§ 3º do art. 58 da CF/88), legais (art. 2º da Lei 1.579/52) e regimentais (art. 148 do Regimento Interno do Senado Federal c/c o art. 151 do Regimento Interno do Congresso Nacional) de regência, requeiro seja submetido à deliberação do Plenário desta Comissão Parlamentar Mista de Inquérito o pedido ora formulado de REQUISIÇÃO à JBS S/A, do Diário de Bordo da aeronave particular de Joesley



**CONGRESSO NACIONAL**

Batista, do jato Learjet de matrícula PR-JBS, detalhando os respectivos registros dos voos, trajetos, lista dos ocupantes, as datas, horários, trechos voados e locais de decolagem e pouso da aeronave no período de 2007 a 2016.

**JUSTIFICATIVA**

Trata-se de Comissão Parlamentar Mista de Inquérito – CPMI destinada a investigar supostas irregularidades envolvendo as empresas do Grupo econômico da J&F Participações Ltda em operações realizadas com o BNDES e com o BNDES-PAR, operações essas ocorridas entre os anos de 2007 a 2016, que geraram prejuízos ao interesse público, assim como os procedimentos do acordo de colaboração premiada celebrado entre o Ministério Público Federal e os acionistas das empresas JBS (Requerimento CN nº 01, de 2017).

A J&F Participações Ltda é a holding que controla diversas empresas, entre elas a JBS S/A. Entre 2002 e 2013, o Banco Nacional de Desenvolvimento Econômico e Social – BNDES liberou o montante de 12,8 bilhões de reais às empresas controladas pela J&F Participações Ltda, seja na forma de empréstimos, seja na de participações acionárias. Entre as empresas favorecidas, está a JBS S/A, com 6,6 bilhões de reais. Cite-se também a Eldorado, com 2,8 bilhões de reais; a Bertin S/A, com 2,7 bilhões de reais; a Bracol Holding Ltda, com 425,9 milhões de reais; e a Vigor, com 250,2 milhões de reais. Toda essa enxurrada de recursos permitiu que o faturamento do Grupo, que foi de 4 bilhões de reais em 2006, alcançasse 170 bilhões de reais em 2016. Ou seja, um incremento de mais de 4.000%. O Grupo J&F Participações Ltda atua em mais de 150 países, conta com 300 unidades industriais e emprega mais de 200 mil pessoas. É o maior processador de proteína animal do mundo. Cerca de 70% dos negócios do Grupo é controlado pela JBS USA Holding, que tem 56 fábricas sediadas nos Estados Unidos da América.

Joesley Batista, um dos controladores do Grupo, asseverou que os recursos do BNDES foram liberados após intervenção política. Segundo ele, o ex-ministro Guido Mantega, juntamente com outras lideranças do Partido dos Trabalhadores, recebeu 200 milhões de reais em propinas. Foi justamente entre

 **CONGRESSO NACIONAL**

os anos de 2007 e 2010 que o BNDES liberou a maior quantidade de recursos. Cerca de 8,1 bilhões de reais foram destinados ao Grupo J&F Participações Ltda nesse período a fim de viabilizar diversas aquisições. Entre as aquisições, cite-se, por exemplo, a compra da empresa norte-americana Swift & Co, por 1,4 bilhão de dólares. Dois anos mais tarde, em setembro de 2009, foi adquirida a Pilgrims por 3,5 bilhões de reais. Em 2013, ainda comprou, por 1,2 bilhão de dólares, a empresa Primo Smallgood, na Austrália. Anteriormente, já haviam sido adquiridas a Seara e a Bertin.

Joesley Batista afirma ter destinado 1,4 bilhão de reais em propinas a partidos e a políticos, em razão das facilidades auferidas nas liberações de recursos do BNDES, entre 2007 e 2010. Segundo ele, 616 milhões de reais foram destinados ao PT e 453 milhões de reais, ao PMDB. Juntos, os dois partidos teriam recebido cerca de 70% da propina total. Para a Polícia Federal, os "negócios" envolvendo a J&F Participações Ltda e o BNDES geraram um prejuízo de 1,2 bilhões de reais à instituição de fomento.

Considerando o objeto desta CPMI, é importante que seja requerida à JBS S/A, o Diário de Bordo da aeronave particular de Joesley Batista, Learjet de matrícula PR-JBS, detalhando os respectivos registros dos voos, trajetos, lista dos ocupantes, as datas, horários, trechos voados e locais de decolagem e pouso da aeronave no período de 2007 a 2016, para averiguar se autoridades e agentes públicos utilizaram a referida aeronave para auferir para si vantagem ou conferir ao grupo da JBS algum benefício em troca do uso da aeronave em questão.

Ante o exposto, entende-se oportuna a aprovação deste requerimento pelos membros desta Comissão.

Sala das Comissões, em    de        de  2017.

Deputado Izalci Lucas

PSDB/DF

CD/17804.57280-66

# Exhibit P

# Joesley's apartment in New York is not in the businessman's name



*The business magnate was at the property when the Supreme Court lifted the confidentiality of the plea bargain agreement*

*Joesley Batista asked to begin paying the fine stipulated in the plea bargain agreement*

André Shalders
26.May.2017 (Friday) - 6:00 a.m.

When the STF (Supreme Federal Court) lifted the confidentiality of the JBS plea bargain agreement last week, Joesley Batista was in 1 apartment in New York. The property, which was presented to the Brazilian public as "*Joesley's apartment",* is not in the name of the businessman, but of a legal entity in New York.

The penthouse was sold last June through the Grant, Herrmann, Schwartz & Klinger LLP law firm. The deal involved US$42.5 million. The buyer is a legal entity in the State of New York called "PH 20 WEST 53RD LLC". The acronym in the company's name is the same as that of the property: PH= Penthouse. Read the purchase and sale contract.

*Contrato de compra e venda do apartamento de Joesley*

*Purchase and sale contract for Joesley's apartment*

**Steakhouse**

The apartment is in the Baccarat Hotel & Residences condominium in Midtown Manhattan, at the intersection of 53rd Street and 5th Avenue. It has 685 square meters and 5 bedrooms. It's next to MoMA (Museum of Modern Art). It is also close to a branch of the Fogo de Chao Brazilian steakhouse.







*Living room of the New York property*

**Duly authorized**

Joesley and Wesley's plea bargain agreement includes a clause that allows them to live abroad, *"as long as they report and provide their address of residence and place of work on a monthly basis"*.

The address was confirmed to **Poder360** by people connected with the investigation, although it does not yet appear in public documents. Joesley's press office said that the businessman would not comment.

*The information in this post was previously published exclusively by Drive. The newsletter is produced for subscribers by Poder360's team of journalists. Learn more about Drive* here *and find out how to receive all the most important advance information on power and politics.*

o Poder360 integra o  **The Trust Project**

THE STATE OF FLORIDA    }
                        }
COUNTY OF MIAMI DADE }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Cristina Gomez who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Cristina Gomez and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Portuguese languages.

3. I have worked as a professional legal translator since 2002, and I hold a Juris Doctor degree from the UNED, Madrid, Spain. Additionally, I graduated with a degree in Linguistics from the Ecole de Langues in Geneva, Switzerland. I hereby state that I am qualified to translate from Portuguese into English. Furthermore, I am a voting member at the American Translators Association (#260303).

I hereby certify that the Portuguese to English translation of the document *Exhibit P – Apartamento de Joesley em Nova York não está em nome do empresário* attached hereto is true, accurate, and complete English translation, to the best of my ability, of the original document in Portuguese.

Cristina Gomez
Professional Legal Translator
American Translators Association #260303

Sworn to before me this 14ᵗʰ day of March, 2024

Notary Public in and for the State of Florida
My commission expires: June 19ᵗʰ 2027

DAYRI NICOLAS
Notary Public - State of Florida
Commission # HH 412477
My Comm. Expires Jun 19, 2027

Certified Translations 713.444.5964

# Apartamento de Joesley em Nova York não está em nome do empresário

*Magnata estava no imóvel quando STF tirou sigilo de delação*





*Joesley Batista pediu para começar a pagar multa estipulada em acordo de delação premiada*

**André Shalders**
26.mai.2017 (sexta-feira) - 6h00

Quando o STF (Supremo Tribunal Federal) acabou com o sigilo da delação da JBS, na semana passada, Joesley Batista estava em 1 apartamento em Nova York. O local, que foi apresentado ao público brasileiro como "*o apartamento de Joesley*", não está no nome do empresário, mas de uma pessoa jurídica de Nova York.

Receba A Newsletter Do Poder360
todos os dias no seu e-mail

seu e-mail            OK

A cobertura foi vendida em junho passado, por meio do escritório Grant, Herrmann, Schwartz & Klinger LLP. O negócio envolveu US$ 42,5 milhões. O comprador é uma pessoa jurídica no Estado de Nova York chamada "PH 20 WEST 53RD LLC". O acrônimo no nome da empresa é o mesmo do imóvel: PH = Pent House (cobertura). Leia o contrato de compra e venda.



publicidade



DESTAQUES DO PODER







JUSTIÇA

Mendonça nega o arquivamento de caso contra Eduardo Paes e Pedro Paulo



ECONOMIA

Aluguel cai até 16% em capitais do Brasil em 2024, diz pesquisa

publicidade

a mais bem-informada newsletter sobre o poder.

DRIVE

ASSINE JÁ!

Contrato de compra e venda do apartamento de Joesley

Informações deste post foram publicadas antes pelo **Drive**, com exclusividade. Conheça mais sobre o **Drive** aqui.

Churrasco

O apartamento é no condomínio Baccarat Hotel & Residences, em Midtown Manhattan, no encontro da 53ª Street com a 5ª Avenida. Tem 685 metros quadrados e 5 quartos. Fica ao lado do MoMA (Museu de Arte Moderna). Também está próximo a uma filial da churrascaria brasileira Fogo de Chão.









*Sala do imóvel em Nova York*

**Devidamente autorizado**

O acordo de delação premiada de Joesley e Wesley inclui uma cláusula permitindo que eles morem no exterior, *"desde que informem e atualizem mensalmente seu endereço de residência e local de trabalho"*.

O endereço foi confirmado ao **Poder360** por pessoas ligadas à investigação, embora não apareça em documentos públicos ainda. A assessoria de Joesley disse que o empresário não comentaria.

—

*Informações deste post foram publicadas antes pelo **Drive**, com exclusividade. A newsletter é produzida para assinantes pela equipe de jornalistas do **Poder360**. Conheça mais o **Drive** aqui e saiba como receber com antecedência todas as principais informações do poder e da política.*

o Poder360 integra o     **The Trust Project**

autores

**André Shalders**
Repórter

curtiu a reportagem? Compartilhe sua opinião

apontar erros neste texto

leia mais sobre

ESTADOS UNIDOS    FRIBOIGATE    JOESLEY BATISTA    NOVA YORK

recomendadas

· Aluguel cai até 16% em capitais do Brasil em 2024, diz pesquisa

· Investidor sabe que o governo controla a Petrobras, diz Silveira

· Depois de 17 dias, Rio Acre fica abaixo da cota de transbordo

· Bandeira da República é hasteada de cabeça para baixo em Brasília

· Felipe Neto defende regulamentar redes para vencer "extrema-direita"



PODER360 todos os dias no seu e-mail

Seu e-mail    ASSINAR

☐ concordo com os termos da LGPD .

**NOTÍCIAS**

| | | |
|---|---|---|
| Governo | Poder Gente | Nieman |
| Anúncios do Governo | Brasil à Frente | Pesquisas |
| Congresso | Poder Empreendedor | Agregador de Pesquisas |
| Economia | PoderData | Políticos do Brasil |
| Justiça | Infográficos | Eleições 2022 resultados |
| Infraestrutura | Eleições | Eleições 2022 notícias |
| Poder Hoje | Internacional | Eventos |
| Poder Flash | Tecnologia | Visitas ao Poder360 |
| Poder Monitor | Mídia | |

**O PODER360**

Quem somos

Equipe

Articulistas

Como anunciar

Drive

PoderIdeias

PoderData

Poder Conteúdo Patrocinado

Trabalhe no Poder360

OPINIÃO E ANÁLISE

Opinião

Análise

Editorial

Opinião: Futuro Indicativo

VÍDEOS E PODCASTS

Poder360 no YouTube

Comerciais eleitorais 2022

Agenda da Semana

Fatos da Semana

Volta ao Mundo

PodSonhar

Boleiros de Humanas

Poder Explica

Poder Reage

Lives do Prerrogativas

PARCERIAS E PROJETOS ESPECIAIS

Poder em Foco

Fronteiras do Pensamento

O custo do contrabando

A indústria e o futuro do Brasil

Contato

Princípios Editoriais

Código de Conduta

Política de Privacidade

Política de Compliance

Termos de uso

Reprodução de material

Arquivo Blog Fernando Rodrigues

COMPARTILHE O PODER360



2024 © TODOS OS DIREITOS PODER360.

# Exhibit Q

# Brazil Journal

Business (https://braziljournal.com/negocios/)

## Patrícia Moraes leaves JP Morgan after 22 years

January 19, 2018

**Geraldo Samor**

Patrícia Moraes, one of Faria Lima's most senior investment bankers, is leaving JP Morgan after 22 years.

Today was her last day at the bank.

"It's a cycle that is closing," she told Brazil Journal (https://www.facebook.com/braziljournalnews/ this morning, before spending the afternoon with her cell phone turned off.



*Patricia Moraes*

Throughout her career, Patricia has worked on emblematic transactions: she advised Shell on the creation of Raizen (a joint venture between the Anglo-Dutch company and Cosan), SABMiller on the (unsuccessful) attempt to buy Schincariol, and AES on the sale of Brazilian assets. Among others, she was also involved in the Fleury, BRF and BM&F Bovespa IPOs.

But her most important client by far was IBS, where Patrícia developed a relationship of trust with Joesley Batista that earned the bank tens of millions of dollars in commissions and, in the end, the headache of being associated with a client who became synonymous with scandal. JP Morgan has been involved in all of JBS's M&As since the company was listed on the stock exchange in 2007.

Patricia's father, former Agriculture Minister Marcus Vinícius Pratini de Moraes, was a board member of JBS, which opened the door for the company, but independent sources say that Patrícia's relationship with JBS transcended her father's influence (/pratini-prata-da-casa-renuncia-ao-conselho-da-jbs) and was based on her talent and work capabilities.

Considered to be the most experienced female banker working in the Brazilian market, Patrícia has friends even in the competition - in a market where "rug pulls" are not uncommon.

In 2010, in an interview with *Valor*, Patrícia said that "this industry is difficult for women", but she showed how she turned the problem into an opportunity: "People think I'm less of a threat because I'm a woman, and that inspires a lot of confidence."

**B**

**THE STATE OF FLORIDA }**
                       **}**
**COUNTY OF MIAMI DADE }**

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Cristina Gomez who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Cristina Gomez and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Portuguese languages.

3. I have worked as a professional legal translator since 2002, and I hold a Juris Doctor degree from the UNED, Madrid, Spain. Additionally, I graduated with a degree in Linguistics from the Ecole de Langues in Geneva, Switzerland. I hereby state that I am qualified to translate from Portuguese into English. Furthermore, I am a voting member at the American Translators Association (#260303).

I hereby certify that the Portuguese to English translation of the document *Exhibit Q – Depois de 22 anos, Patricia Moraes deixa o JP Morgan* attached hereto is true, accurate, and complete English translation, to the best of my ability, of the original document in Portuguese.

Cristina Gomez
Professional Legal Translator
American Translators Association #260303

Sworn to before me this 14th day of March, 2024

Notary Public in and for the State of Florida
My commission expires: _____June 19th 2023___

DAYRI NICOLAS
Notary Public - State of Florida
Commission # HH 412477
My Comm. Expires Jun 19, 2027

Certified Translations. 713.444.5964

**Brazil Journal**

**Negócios (https://braziljournal.com/negocios/)**

## Depois de 22 anos, Patricia Moraes deixa o JP Morgan

19 de janeiro de 2018

**Geraldo Samor**

Patricia Moraes, uma das banqueiras de investimento mais sêniores da Faria Lima, está deixando o JP Morgan depois de 22 anos.

Seu último dia no banco foi hoje.



"É um ciclo que se fecha," ela disse ao Brazil Journal (https://www.facebook.com/braziljournalnews/) esta manhã, antes de passar a tarde com o celular desligado.

Ao longo da carreira, Patricia trabalhou em transações emblemáticas: assessorou a Shell na formação da Raizen (joint venture da companhia anglo-holandesa com a Cosan), a SABMiller na tentativa (frustrada) de compra da Schincariol, e a AES na venda de ativos brasileiros.  Também participou, entre outros, dos IPOs do Fleury, BRF e BM&F Bovespa.

*Patricia Moraes*

Mas seu cliente mais importante, de longe, foi a JBS, onde Patricia desenvolveu uma relação de confiança com Joesley Batista que rendeu dezenas de milhões de dólares em comissões ao banco e, no final, a dor de cabeça de estar associado a um cliente que virou sinônimo de escândalo.  O JP Morgan participou de todos os M&As da JBS desde que a empresa foi listada na Bolsa em 2007.

O pai de Patricia, o ex-Ministro da Agricultura Marcus Vinicius Pratini de Moraes, foi conselheiro da JBS, o que lhe abriu a porta da empresa, mas fontes independentes dizem que o relacionamento de Patricia com a JBS transcendeu a influência do pai (/pratini-prata-da-casa-renuncia-ao-conselho-da-jbs) e se baseou em seu talento e capacidade de trabalho.

Tida como a *banker* mulher mais experiente em atividade no mercado brasileiro, Patricia tem amigos inclusive na concorrência — num mercado em que puxadas de tapete não são raras.

Em 2010, Patricia disse numa entrevista ao *Valor* que "essa indústria é difícil para mulher", mas mostrou como transformava o problema em oportunidade: "As pessoas acham que eu ameaço menos por ser mulher, e isso inspira uma confiança importante."