UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., and WWMB PARTICIPAÇÕES LTDA.

    Defendants.
_____/

Chapter 15
Case No.: 23-11719-MAM
Adversary No.: 23-01118-MAM

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the DE91 Paperless *Order Denying [87] Motion to Withdraw as Attorney of Record* entered by this Court on March 26, 2024 was sent via e-mail notification by the Clerk of Courts to all CM/ECF participants in this case as indicated on the service list below on March 27, 2024.

SEQUOR LAW, P.A.

Dated: March 27, 2024                             Respectfully submitted,

                                              SEQUOR LAW, P.A.
                                              1111 Brickell Avenue, Suite 1250
                                              Miami, Florida 33131
                                              Telephone: (305) 372-8282
                                              Facsimile: (305) 372-8202
                                              Email: ggrossman@sequorlaw.com
                                              nmiller@sequorlaw.com
                                              jmosquera@sequorlaw.com

                                    By:     _*s/ Nyana A. Miller*_____
                                                      Nyana Abreu Miller
                                                      Florida Bar No. 92903
                                                      Gregory S. Grossman
                                                      Florida Bar No.: 896667
                                                      Jennifer Mosquera
                                                      Florida Bar No.: 1018656

**Electronic Mail Notice List**

- **Eden Mirelle Bernstein**   eden.benadiva@kobrekim.com
- **Andrew E Goldsmith**   agoldsmith@khhte.com, aholloman@khhte.com
- **Gregory S Grossman**   ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
- **Derek T Ho**   dho@kellogghansen.com, ccook@kellogghansen.com;caitlan--cook-1415@ecf.pacerpro.com;kschumm@kellogghansen.com;kira-schumm-7083@ecf.pacerpro.com
- **Daniel Humphrey**   danielhumphrey@quinnemanuel.com, michaelalvarez@quinnemanuel.com
- **Grace W. Knofczynski**   gknofczynski@kellogghansen.com
- **Nyana A Miller**   nmiller@sequorlaw.com, mrivera@sequorlaw.com;mcohen@sequorlaw.com
- **Jennifer Mosquera**   jmosquera@sequorlaw.com, afalcon@sequorlaw.com
- **Chase Robinett**   crobinett@kellogghansen.com
- **Olga M Vieira**   olgavieira@quinnemanuel.com, ivettegalante@quinnemanuel.com
- **Jason N. Zakia**   jzakia@whitecase.com