Form CGFCRD3C (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number:** 23−11719−MAM    **Adversary Number:** 23−01118−MAM

In re:
**Name of Debtor(s):** Tinto Holding Ltda.
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−/

**AJ Ruiz Consultoria Empresarial S.A.,**
Plaintiff(s)

**VS.**

**Colorado Investment Holdings, LLC, J&F Investimentos S.A., JJMB Participacoes LTDA, WWMB Participacoes LTDA, Joesley Mendonca Batista, Wesley Mendonca Batista and JBS S.A.**
Defendant(s)
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Mindy A Mora to consider the following:

**Motion to File Document UNDER SEAL. This Document WILL be Available for Public Viewing. Filed by Plaintiffs AJ Ruiz Consultoria Empresarial S.A., Deloitte Touche Tohmatsu Consultores Ltda. (81)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

    **Date:**     April 26, 2024
    **Time:**     09:30 AM
    **Location:** Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401

2. The movant, or movant's counsel if represented by an attorney, must:

    (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule

5072–2.

**Dated: 3/29/24**                                **CLERK OF COURT**
                                                  By: Maria Romaguera–Serfaty
                                                  Courtroom Deputy