

**ORDERED in the Southern District of Florida on April 4, 2024.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

      Debtor in a Foreign Proceeding.

_____/

AJ RUIZ CONSULTORIA
EMPRESARIAL S.A., solely as Judicial
Administrator and foreign representative of
TINTO HOLDING LTDA.,

      Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS
LLC, J&F INVESTIMENTOS S.A., JJMB
PARTICIPAÇÕES LTDA., WWMB
PARTICIPAÇÕES LTDA., JOESLEY
MENDONÇA BATISTA, WESLEY
MENDONÇA BATISTA, and JBS S.A.,

      Defendants.

_____/

Chapter 15
Case No.: 23-11719-MAM

Adv. Case No. 23-01118-MAM

## ORDER CONTINUING SCHEDULING CONFERENCE

**THIS MATTER** came before the Court *sua sponte*. On November 16, 2023, the Court entered the *Order Granting in Part and Denying in Part Agreed Motion to Modify Scheduling Order* (ECF No. 71), which set a scheduling conference (the "Scheduling Conference") for April 17, 2024 at 10:00 a.m. It has come to the Court's attention that it is necessary to continue the Scheduling Conference in this matter. The Court therefore **ORDERS** that:

1. The Scheduling Conference in this adversary proceeding is **CONTINUED** to **May 15, 2024 at 10 a.m.** solely by video conference. To participate in the Scheduling Conference remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the Scheduling Conference. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4.

2. If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

3. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

4. This Order does not extend any other deadline in this Adversary Proceeding.

###

Copies furnished to:

All interested parties by the Clerk of Court.