UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA and JBS S.A.,

    Defendants.
_____/

Chapter 15
Case No.: 23-11719-MAM

Adv. Case No. 23-01118

## PLAINTIFF'S AGREED EX PARTE MOTION TO CONTINUE HEARING ON MOTIONS TO SEAL [ECF NOS. 81, 92]

Plaintiff AJ Ruiz Consultoria Empresarial S.A., solely as Judicial Administrator and foreign representative of Tinto Holding Ltda. ("Plaintiff"), pursuant to Local Rule 9013-1(C)(8), files this Agreed Ex Parte Motion to Continue the Hearing on the Motions to Seal filed by Plaintiff (ECF No. 81) and Defendants J&F Investimentos, S.A., JJMB Participações Ltda., WWMB Participações Ltda., Joesley Mendonça Batista, and Wesley Mendonça Batista (collectively, "Batista Defendants") (ECF No. 92). In support hereof, Plaintiff states as follows:

On March 29, 2024, the Court issued Notices of Hearing to consider the Motions to Seal.

ECF 95-96. The hearing is currently scheduled for April 26, 2024, at 9:30 a.m. EST. *Id.*

Counsel for Plaintiff has previously scheduled commitments in other matters on April 26, 2024 and will not be able to appear at the hearing.

Counsel for Plaintiff will coordinate an acceptable alternative hearing date with counsel for the Batista Defendants and the Court.

Undersigned counsel reached out to counsel for Defendants regarding this Motion. The Batista Defendants consented to the relief requested in this motion for continuance, and the remaining Defendants expressed no opposition to the same.

WHEREFORE, Plaintiff respectfully requests that this Court continue the hearing to an alternative date.

Dated: April 8, 2024

Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: ggrossman@sequorlaw.com
nmiller@sequorlaw.com

By: */s/ Nyana Abreu Miller*
Gregory S. Grossman
Florida Bar No.: 896667
Nyana Abreu Miller
Florida Bar No. 92903

Derek T. Ho (pro hac vice)
Andrew E. Goldsmith (pro hac vice)
Grace W. Knofczynski (pro hac vice)
Chase H. Robinett (pro hac vice)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900

>Fax: (202) 326-7999
>dho@kellogghansen.com
>agoldsmith@kellogghansen.com
>gknofczynski@kellogghansen.com
>crobinett@kellogghansen.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case, as indicated on the service list on April 8, 2024.

>*/s/ Nyana Abreu Miller*
>Nyana Abreu Miller

## SERVICE LIST

**23-11719-MAM Notice will be electronically mailed to:**

Andrew E Goldsmith on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
agoldsmith@khhte.com, aholloman@khhte.com

Derek T Ho on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
dho@kellogghansen.com, nreyes@kellogghansen.com

Daniel Humphrey on behalf of Defendant Colorado Investment Holdings, LLC
danielhumphrey@quinnemanuel.com, michaelalvarez@quinnemanuel.com

Grace W. Knofczynski on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
gknofczynski@kellogghansen.com

Chase Robinett on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
crobinett@kellogghansen.com

Gabriela Ruiz on behalf of Defendant JBS S.A.
gruiz@fordobrien.com

Olga M Vieira on behalf of Defendant Colorado Investment Holdings, LLC
olgavieira@quinnemanuel.com, ivettegalante@quinnemanuel.com

Jason Zakia on behalf of Defendant J&F Investimentos S.A.
jzakia@whitecase.com, mco@whitecase.com

Jason Zakia on behalf of Defendant JJMB Participacoes LTDA
jzakia@whitecase.com, mco@whitecase.com

Jason Zakia on behalf of Defendant WWMB Participacoes LTDA
jzakia@whitecase.com, mco@whitecase.com

Jason Zakia on behalf of Defendant Joesley Mendonca Batista
jzakia@whitecase.com, mco@whitecase.com

Jason Zakia on behalf of Defendant Wesley Mendonca Batista
jzakia@whitecase.com, mco@whitecase.com

23-01118-MAM Notice will not be electronically mailed to:

Katherine Scherling
c/o Quinn Emanuel et al
51 Madison Ave, Fl 22
New York, NY 10010

James C. Tecce
Quinn Emanuel et al
51 Madison Ave., Floor 22
New York, NY 10010

4