

ORDERED in the Southern District of Florida on April 23, 2024.

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA and JBS S.A.,

    Defendants.
_____/

Chapter 15
Case No.: 23-11719-MAM

Adv. Case No. 23-01118

**ORDER GRANTING PLAINTIFF'S AGREED EX PARTE**
**MOTION TO CONTINUE HEARING ON MOTIONS TO SEAL**

This matter came before the Court upon Plaintiff's Corrected Agreed Ex Parte Motion to Continue (ECF No. 104, the "Motion") the Hearing on the Motions to Seal filed by Plaintiff (ECF No. 81) and Defendants J&F Investimentos, S.A., JJMB Participações Ltda., WWMB Participações Ltda., Joesley Mendonça Batista, and Wesley Mendonça (ECF No. 92), currently scheduled for April 26, 2024 at 9:30 a.m. EST (ECF Nos. 95-96). The Court has reviewed the Motion and all relevant filings. Accordingly, it is hereby **ORDERED** as follows:

1. The Motion to Continue the Hearing is **GRANTED**.

2. The hearing is continued to May 14, 2024 at 10:00 am. EST. The hearing will take place at the United States Bankruptcy Court located at 1515 N. Flagler Drive, Courtroom A, Room 801, West Palm Beach FL 33401.

3. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

    https://www.zoomgov.com/meeting/register/vJIdumqrzstGdoBW4nz6tq3IJmn8ydPxj4.

4. If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

5. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

###

Submitted by:

Nyana Abreu Miller
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: nmiller@sequorlaw.com

*Attorney Miller is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*