UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

Chapter 15
Case No.: 23-11719-MAM

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA and JBS S.A.,

    Defendants.
_____/

Adv. Case No. 23-01118

**PLAINTIFF'S MOTION TO SEAL**

Plaintiff AJ Ruiz Consultoria Empresarial S.A., solely as Judicial Administrator and foreign representative of Tinto Holding Ltda. ("Plaintiff"), files this Motion to Seal (the "Motion") and respectfully requests entry of an order sealing Plaintiff's Reply in Support of the Motion to Strike and declaration with accompanying exhibits attached thereto (the "Reply").[1] Plaintiff makes this request pursuant to 11 U.S.C. § 107(b)(2), Federal Rule of Bankruptcy Procedure 9018, Local Bankruptcy Rule 5005-1(A)(4), and other applicable statutes and rules. Plaintiff respectfully

---

[1] This Reply and attached exhibits have been submitted to this Court, accompanied by Local Form 72, for *in camera* review.

requests that this Court direct the Clerk of the Court to seal the Reply and enter an order granting this Motion, substantially in the form of the Proposed Order attached hereto.

## BASIS FOR REQUESTED RELIEF

1. As Plaintiff explained in its prior Motion to Seal (ECF No. 81), the Batista Defendants' Motion to Dismiss the Amended Complaint (ECF No. 79) contains scandalous and defamatory statements that should not be part of the record in this case.

2. Plaintiff's Reply discusses those scandalous and defamatory allegations to defend against them. The Court should consider striking such scandalous and defamatory allegations without further publicizing the allegations and deepening the harm caused by them. Plaintiff therefore respectfully requests that the Reply be sealed.

3. Moreover, the Reply contains information about confidential proceedings that are sealed in Brazil. Plaintiff included that information in the Reply for the sole purpose of responding to Defendants' scandalous and defamatory allegations. Plaintiff seeks to keep that sealed information out of the public eye in this Chapter 15 case as well.

4. Together with the filing of this Motion, Plaintiff is serving the Reply upon all counsel of record in this case, including counsel for Defendants Colorado Investment Holdings LLC, J&F Investimentos S.A., JJMB Participações Ltda., WWMB Participações Ltda., Joesley Mendonça Batista, Wesley Mendonça Batista, and JBS, S.A., in the manner required by applicable law, along with accompanying exhibits, this Motion, and Proposed Order.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order, substantially in the form attached hereto: (A) authorizing the sealing of Plaintiff's Reply; and (B) granting access to the sealed materials only to the parties to this Adversary Proceeding, counsel to the parties to this Adversary Proceeding, the Court, and Court personnel.

Dated: May 10, 2024

Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Phone: (305) 372-8282
Fax: (305) 372-8202
Email: ggrossman@sequorlaw.com
nmiller@sequorlaw.com

By: */s/ Nyana Abreu Miller*
Gregory S. Grossman
Florida Bar No. 896667
Nyana Abreu Miller
Florida Bar No. 92903

Derek T. Ho (*pro hac vice*)
Andrew E. Goldsmith (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
Chase H. Robinett (*pro hac vice*)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com
crobinett@kellogghansen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case, as indicated on the service list on May 10, 2024.

/s/ Nyana Abreu Miller
Nyana Abreu Miller

## SERVICE LIST

**23-11719-MAM Notice will be electronically mailed to:**

Gabriela Ruiz on behalf of Defendant JBS S.A.
gruiz@fordobrien.com

Olga M Vieira on behalf of Defendant Colorado Investment Holdings, LLC
olgavieira@quinnemanuel.com, ivettegalante@quinnemanuel.com

Daniel Humphrey on behalf of Defendant Colorado Investment Holdings, LLC
danielhumphrey@quinnemanuel.com, michaelalvarez@quinnemanuel.com

Jason Zakia on behalf of Defendant J&F Investimentos S.A., JJMB Participacoes LTDA, WWMB Participacoes LTDA, Joesley Mendonca Batista, Wesley Mendonca Batista
jzakia@whitecase.com, mco@whitecase.com

**23-01118-MAM Notice will not be electronically mailed to:**

Katherine Scherling
c/o Quinn Emanuel et al
51 Madison Ave, Fl 22
New York, NY 10010

James C. Tecce
Quinn Emanuel et al
51 Madison Ave., Floor 22
New York, NY 10010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourt.gov

**COVER SHEET TO ACCOMPANY ITEMS CONVENTIONALLY
SUBMITTED FOR SEALING OR IN CAMERA REVIEW**

**INSTRUCTIONS:** Items I through III must be completed by the party filer submitting an item for sealing or review. See Local Rule 5005-1(A)(4). Conventionally filed documents must be placed in a securely sealed envelope clearly marked with the warning **DOCUMENT UNDER SEAL**. Compliance with this provision is required.

**I. CASE INFORMATION:**

Case Number: 23-11719-MAM    Chapter 15   Adversary

Name of Bankruptcy Case or Adversary Proceeding: *AJ Ruiz Consultoria Empresarial S.A. v. Colorado Investment Holdings LLC, J&F Investimentos S.A., JJMB Participações LTDA., WWMB Participações LTDA., Joesley Mendonça Batista, Wesley Mendonça Batista and JBS S.A.*

**II. FILING INFORMATION:**

Name of Filing Party: Nyana Abreu Miller

Address of Filing Party: 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131

Phone Number of Filing Party: 305-372-8282

Filed on behalf of: AJ Ruiz Consultoria Empresarial S.A.;

**III. TYPE OF SUBMISSION (check all that apply):**

[X] Sealed Document with:  [X] Unsealed Motion to Seal   [ ] Sealed Motion to Seal

[ ] Sealed Document pursuant to court order entered on: _____
Docket Entry # _____

[If conventionally filed, must attach a copy of order authorizing sealing, unless order is sealed]

[ ] In Camera (Judicial) Review

LF-72 (rev. 02/01/20)