

**ORDERED in the Southern District of Florida on May 29, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| TINTO HOLDING LTDA., | Chapter 15<br>Case No.: 23-11719-MAM |
|     Debtor in a Foreign Proceeding. | |
| _____/ | |
| AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA., | |
|     Plaintiff, | |
| v. | Adv. Case No. 23-01118 |
| COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA and JBS S.A., | |
|     Defendants. | |
| _____/ | |

## ORDER GRANTING PLAINTIFF'S
## <u>MOTION TO SEAL</u>

This cause came before the Court on May 15, 2024 at 10:00 a.m., upon the Motion to Seal (the "Motion") filed by Plaintiff. *See* ECF No. 81. The Court has reviewed the Motion and all relevant filings. For the reasons stated on the record at the hearing, it is hereby:

ORDERED and ADJUDGED that:

1. The Motion is **GRANTED**.

2. The Clerk shall seal the following materials: (i) Plaintiff's Motion to Strike (ECF No. 86); and (ii) all accompanying exhibits (ECF Nos. 86-1 and 86-2) (collectively, the "Sealed Materials").

3. The Sealed Materials shall remain under seal pending further order of the Court.

4. The Court grants the Motion without prejudice to any party in interest re-raising the issues in the Motion later in this proceeding.

###

Submitted by:

Nyana Abreu Miller
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Phone: 305-372-8282
Fax: 305-372-8202
E-Mail: nmiller@sequorlaw.com

*Attorney Miller is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*