

**ORDERED in the Southern District of Florida on May 29, 2024.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

      Debtor in a Foreign Proceeding.

_____/

AJ RUIZ CONSULTORIA EMPRESARIAL
S.A., solely as Judicial Administrator and
foreign representative of TINTO HOLDING
LTDA.,

      Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS
LLC, J&F INVESTIMENTOS S.A., JJMB
PARTICIPAÇÕES LTDA., WWMB
PARTICIPAÇÕES LTDA., JOESLEY
MENDONÇA BATISTA, WESLEY
MENDONÇA BATISTA and JBS S.A.,

      Defendants.

_____/

Chapter 15
Case No.: 23-11719-MAM

Adv. Case No. 23-01118

## ORDER GRANTING PLAINTIFF'S
## <u>MOTION TO SEAL</u>

This cause came before the Court on May 15, 2024 at 10:00 a.m., upon the Motion to Seal (the "Motion") filed by Plaintiff.  *See* ECF No. 118.  The Court has reviewed the Motion and all relevant filings.  For the reasons stated on the record at the hearing, it is hereby:

ORDERED and ADJUDGED that:

1.  The Motion is **GRANTED**.

2.  The Clerk shall seal the following materials:  (i) Plaintiff's Reply in Support of the Motion to Strike (ECF No. 119 at 1-8); and (ii) all accompanying exhibits (ECF No. 119 at 9-24) (collectively, the "Sealed Materials").

3.  The Sealed Materials shall remain under seal pending further order of the Court.

4.  The Court grants the Motion without prejudice to any party in interest re-raising the issues in the Motion later in this proceeding.

###

Submitted by:

Nyana Abreu Miller
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Phone: 305-372-8282
Fax: 305-372-8202
E-Mail: nmiller@sequorlaw.com

*Attorney Miller is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*