

**ORDERED in the Southern District of Florida on June 23, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| TINTO HOLDING LTDA., | Chapter 15<br>Case No.: 23-11719-MAM |
|     Debtor in a Foreign Proceeding. | |
| _____/ | |
| AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA., | |
|     Plaintiff, | |
| v. | Adv. Case No. 23-01118 |
| COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA and JBS S.A., | |
|     Defendants. | |
| _____/ | |

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFAMATORY AND SCANDALOUS MATERIAL PURSUANT TO 11 U.S.C. § 107(b)(2) AND RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

2

This cause came before the Court on June 5, 2024 at 10:00 AM, upon the Motion to Strike Defamatory and Scandalous Material Pursuant to 11 U.S.C. § 107(b)(2) and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Motion") filed by Plaintiff.  *See* ECF No. 86. The Court has reviewed the Motion and all relevant filings.  For the reasons stated on the record at the hearing, it is hereby ORDERED and ADJUDGED that the Motion is **DENIED**.

###

Submitted by:

Nyana Abreu Miller
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: nmiller@sequorlaw.com


*Attorney Miller is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*