

**ORDERED in the Southern District of Florida on September 19, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

Chapter 15
Case No.: 23-11719-MAM

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA, and JBS S.A.,

    Defendants.
_____/

Adv. Case No. 23-01118

**ORDER GRANTING WITHOUT PREJUDICE
COLORADO INVESTMENT HOLDINGS LLC'S
<u>MOTION TO DISMISS AMENDED COMPLAINT</u>**

This matter, having come before the Court for hearing on September 13, 2024 at 10:00 a.m. (the "Hearing") upon the motion [ECF No. 67] (the "Motion") of Defendant Colorado Investment Holdings LLC ("Colorado"), seeking dismissal of all counts of the amended complaint [ECF No. 56] (the "Complaint") of AJ Ruiz Consultoria Empresarial S.A., solely as Judicial Administrator and foreign representative of Tinto Holding Ltda. ("Plaintiff"); and the Court having considered the Motion, Plaintiff's opposition thereto [ECF No. 82], and Colorado's reply in support thereof [ECF No. 98]; and having considered the arguments of counsel and all relevant filings; and having stated the Court's ruling on the record at the Hearing; and being otherwise advised in the premises, it is ordered that:

1. For the reasons stated on the record at the Hearing on September 13, 2024, the Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may submit a second amended complaint (the "Second Amended Complaint"), but must do so on or before October 17, 2024.

3. If Plaintiff submits a Second Amended Complaint and Colorado seeks to dismiss the Second Amended Complaint (the "Colorado Motion to Dismiss"), the Court shall enter a briefing schedule order, setting forth the dates and deadlines with respect to the Colorado Motion to Dismiss.

4. The Colorado Motion to Dismiss shall be limited to twenty (20) pages; any opposition to the Colorado Motion to Dismiss shall be limited to ten (10) pages; and any reply in further support of the Colorado Motion to Dismiss shall be limited to five (5) pages.

5. The Scheduling Conference set for October 17, 2024 pursuant to the Order Denying Motion for Entry of LF-68, Extending Deadline for Submission, and Continuing Scheduling Conference [ECF No. 145] is canceled.

###

Submitted by:
PACK LAW
Joseph A. Pack, Esq.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: joe@packlaw.com
*Counsel to Colorado Investment Holdings LLC*

*(Attorney Pack shall serve a conformed copy of the foregoing order upon all interested parties and file a Certificate of Service with this Court.)*