UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.

_____/

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA, and JBS S.A.,

    Defendants.

_____/

Chapter 15
Case No.: 23-11719-MAM

Adv. Case No. 23-01118

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Admitting Attorney Pro Hac Vice* [Docket Nos. 174, 175, and 176], entered by this Court on September 23, 2024, was served via this Court's Case Management / Electronic Case Files system on all parties registered to receive electronic service thereby, as indicated on the service list below, on the date such materials were entered.

DATED: September 30, 2024 　　　　　　　Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

James C. Tecce (admitted *pro hac vice*)
Lucas Bento (admitted *pro hac vice*)
Kenneth B. Hershey (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: jamestecce@quinnemanuel.com
Email: lucasbento@quinnemanuel.com
Email: kenhershey@quinnemanuel.com

Eric Winston (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
Email: ericwinston@quinnemanuel.com

Olga M. Vieira (FBN 29873)
Daniel L. Humphrey (FBN 1024695)
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Telephone: 305-402-4880
Facsimile: 305-901-2975
Email: olgavieira@quinnemanuel.com
Email: danielhumphrey@quinnemanuel.com

By: /s/　*Daniel L. Humphrey*　
　　　　Daniel L. Humphrey

*Counsel to Colorado Investment Holdings LLC*

## SERVICE LIST

**23-01118-MAM Notice will be electronically mailed to:**

Andrew E. Goldsmith on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., agoldsmith@kellogghansen.com; aholloman@khhte.com

Gregory S. Grossman, Esq on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., ggrossman@sequorlaw.com; ngonzalez@sequorlaw.com; arodriguez@sequorlaw.com; rcoleman@sequorlaw.com

Derek T. Ho on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., dho@kellogghansen.com; nreyes@kellogghansen.com

Daniel L. Humphrey on behalf of Defendant Colorado Investment Holdings, LLC danielhumphrey@quinnemanuel.com; michaelalvarez@quinnemanuel.com

Grace W. Knofczynski on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., gknofczynski@kellogghansen.com; grace-knofczynski-0917@ecf.pacerpro.com

Jessey J. Krehl on behalf of Defendant Colorado Investment Holdings, LLC jessey@packlaw.com

Nyana A. Miller on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., nmiller@sequorlaw.com; mrivera@sequorlaw.com; mcohen@sequorlaw.com

Jennifer Mosquera on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., jmosquera@sequorlaw.com; afalcon@sequorlaw.com

Chase Robinett on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., crobinett@kellogghansen.com

Gabriela Ruiz on behalf of Defendant JBS S.A. gruiz@fordobrien.com

Olga M. Vieira on behalf of Defendant Colorado Investment Holdings, LLC olgavieira@quinnemanuel.com; ivettegalante@quinnemanuel.com

Jason Zakia on behalf of Defendant J&F Investimentos S.A. jzakia@whitecase.com; mco@whitecase.com

Jason Zakia on behalf of Defendant JJMB Participacoes LTDA jzakia@whitecase.com; mco@whitecase.com

Jason Zakia on behalf of Defendant WWMB Participacoes LTDA jzakia@whitecase.com; mco@whitecase.com

Jason Zakia on behalf of Defendant Joesley Mendonca Batista jzakia@whitecase.com; mco@whitecase.com

Jason Zakia on behalf of Defendant Wesley Mendonca Batista jzakia@whitecase.com; mco@whitecase.com

**23-01118-MAM Notice will not be electronically mailed to:**

Amy C. Brown
275 Madison Ave 24th Floor
New York, NY 10016

James C. Tecce
c/o Quinn Emanuel et al
51 Madison Ave., Floor 22
New York, NY 10010

Laura Garr
1221 Avenue of the Americas
New York, NY 10020

Stephen R. Halpin III
275 Madison Avenue, 24th Floor
New York, NY 10016

Katherine Scherling
c/o Quinn Emanuel et al
51 Madison Ave, Fl 22
New York, NY 10010