U.S. Bankruptcy Court, Southern District of Florida - Returned Mail Notice, In re: , Case Number: 23-01118, MAM, Ref: ...

USBankruptcyCourts@noticingcenter.com

To: FLSBml_BNC

Tue 10/1/2024 3:13 PM

If there are problems with how this message is displayed, click here to view it in a web browser.

📎 R_P92301118pdf0050655.PDF
122 KB

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding

October 1, 2024

From: The Bankruptcy Noticing Center

Re:    Returned Mail Notice - Adversary Proceeding

In re: AJ Ruiz Consultoria Empresarial S.A.,, Plaintiff
       Colorado Investment Holdings, LLC, Defendant
       Adv. Proc. No. 23-01118 MAM

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Laura Garr
1221 Avenue of the Americas
New York, NY 10020-1001

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



**ORDERED in the Southern District of Florida on September 19, 2024.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

 Debtor in a Foreign Proceeding.
_____/

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

 Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA, and JBS S.A.,

 Defendants.
_____/

Chapter 15
Case No.: 23-11719-MAM

Adv. Case No. 23-01118

**ORDER GRANTING WITHOUT PREJUDICE DEFENDANTS
J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB
PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, AND WESLEY
MENDONÇA BATISTA'S MOTION TO DISMISS AMENDED COMPLAINT**

This matter, having come before the Court for hearing on September 13, 2024 at 10:00 a.m. (the "Hearing") upon the motion [ECF No. 79] (the "Motion") of Defendants J&F Investimentos S.A., JJMB Participações Ltda., WWMB Participações Ltda., Joesley Mendonça Batista, and Wesley Mendonça Batista (collectively, the "Brazilian Defendants"), seeking dismissal of all counts of the amended complaint [ECF No. 56] (the "Complaint") of AJ Ruiz Consultoria Empresarial S.A., solely as Judicial Administrator and foreign representative of Tinto Holding Ltda. ("Plaintiff"); and the Court having considered the Motion, Plaintiff's opposition thereto [ECF No. 83], and the Brazilian Defendants' reply in support thereof [ECF No. 97]; and having considered the arguments of counsel and all relevant filings; and having stated the Court's ruling on the record at the Hearing; and being otherwise advised in the premises, it is ordered that:

1. For the reasons stated on the record at the Hearing on September 13, 2024, the Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may submit a second amended complaint (the "Second Amended Complaint"), but must do so on or before October 17, 2024.

3. If Plaintiff submits a Second Amended Complaint and the Brazilian Defendants seek to dismiss the Second Amended Complaint (the "Brazilian Defendants' Motion to Dismiss"), the Court shall enter a briefing schedule order, setting forth the dates and deadlines with respect to the Brazilian Defendants' Motion to Dismiss.

4. The Brazilian Defendants' Motion to Dismiss shall be limited to twenty (20) pages; any opposition to the Brazilian Defendants' Motion to Dismiss shall be limited to ten (10) pages;

and any reply in further support of the Brazilian Defendants' Motion to Dismiss shall be limited to five (5) pages.

5. The Scheduling Conference set for October 17, 2024 pursuant to the Order Denying Motion for Entry of LF-68, Extending Deadline for Submission, and Continuing Scheduling Conference [ECF No. 145] is canceled.

###

Submitted by:

WHITE & CASE LLP

Jason N. Zakia
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606-4302
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: jzakia@whitecase.com
Florida Bar No. 698121

Laura J. Garr (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: laura.garr@whitecase.com

*Attorneys for Defendants J&F Investimentos S.A., JJMB Participações Ltda., WWMB Participações Ltda., Joesley Mendonça Batista, and Wesley Mendonça Batista*

Attorney Zakia is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.