UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

Chapter 15
Case No.: 23-11719-MAM

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA, and JBS S.A.,

    Defendants.
_____/

Adv. Case No. 23-01118

**AGREED *EX PARTE* MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
SECOND AMENDED COMPLAINT AND TO APPROVE BRIEFING SCHEDULE**

This agreed motion (this "**Motion**") is submitted by Defendant, Colorado Investment Holdings LLC ("**Colorado**")—without the objection of the other Defendants,[1] who do not take action in order to preserve their jurisdictional defenses—with the consent of Plaintiff AJ Ruiz

---

[1] Defendants J&F Investimentos S.A., JJMB Participações Ltda., WWMB Participações Ltda., Joesley Mendonça Batista, Wesley Mendonça Batista, and JBS S.A. (collectively the "**Brazilian Defendants**," and, with Colorado, the "**Defendants**") do not object to this Motion but do not join solely to preserve their jurisdictional defenses, which are expressly reserved.

1

Consultoria Empresarial S.A. ("**Plaintiff**"), on an *ex parte* basis, pursuant to Local Rule 9013-1(C), for an extension of time for the Defendants to file a response to the *Second Amended Complaint* [Docket No. 190] (the "**Second Amended Complaint**") and to approve a proposed briefing schedule in the event the Defendants move to dismiss the Second Amended Complaint. In support of this Motion, Colorado states as follows:

1. On May 24, 2023, Plaintiff initiated this adversary proceeding by filing a complaint [Docket No. 1] against Colorado. On September 8, 2023, Plaintiff filed an amended complaint [Docket No. 56] against each of the Defendants.

2. On October 9, 2023, Colorado submitted its motion to dismiss the First Amended Complaint [Docket No. 67] (the "**Colorado Motion to Dismiss**"), and on February 5, 2024, the Brazilian Defendants filed their motions to dismiss [Docket Nos. 74 and 79] (the "**Brazilian Defendant Motions to Dismiss**," and together with the Colorado Motion to Dismiss, the "**Motions to Dismiss**").

3. On March 11, 2024, the Plaintiff filed a conditional motion seeking leave to amend the First Amended Complaint [Docket No. 85] (the "**Motion for Leave**") in the event some or all of the Motions to Dismiss were granted.

4. On September 19, 2024, the Court entered orders [Docket Nos. 163, 164, and 165] granting the Motions to Dismiss without prejudice (the "**Dismissal Orders**"), and on September 25, 2024, the Court entered an order [Docket No. 178] granting the Motion for Leave and allowing Plaintiff to file the Second Amended Complaint on or before October 17, 2024.

5. In the Dismissal Orders, the Court indicated that if Plaintiff filed a Second Amended Complaint and the Defendants move to dismiss the Second Amended Complaint, the Court shall enter a briefing schedule.

6. On October 17, 2024, Plaintiff filed the Second Amended Complaint.

7. The Defendants require additional time to review the Second Amended Complaint, analyze the allegations as amended, and determine how to proceed. Accordingly, by this Motion, Colorado (without objection of the Brazilian Defendants and with agreement of Plaintiff) requests the Defendants be granted an extension of time within which to respond to the Second Amended Complaint to and including November 18, 2024.

8. Additionally, Colorado (without objection of the Brazilian Defendants and with agreement of Plaintiff) requests that the Court approve the following briefing schedule with respect to any motion(s) to dismiss the Second Amended Complaint:

   a. Any motion(s) to dismiss the Second Amended Complaint shall be filed on or before November 18, 2024.

   b. Any opposition(s) to any motion(s) to dismiss shall be filed on or before December 18, 2024.

   c. Any reply(ies) in support of any motion(s) to dismiss shall be filed on or before January 17, 2025.

9. The undersigned counsel have conferred with the counsel to each of the Brazilian Defendants and Plaintiff with respect to the relief requested herein, and have been advised that each such party is in agreement with or otherwise does not object to, as applicable, the requested extension and briefing schedule.

10. This Motion is not being made for purposes of delay, and no party will be prejudiced by the granting of this Motion.

**WHEREFORE**, Colorado respectfully requests the entry of an Order, substantially in the form attached hereto as **Exhibit A**, (i) granting this Motion; (ii) extending the time within which the Defendants may respond to the Second Amended Complaint to and including November 18, 2024; (iii) approving the proposed briefing schedule; and (iv) granting such other and further relief as the Court deems just and proper.

Dated: October 25, 2024

Respectfully submitted,

| | |
|---|---|
| By: */s/ Jessey J. Krehl* | By: */s/ James C. Tecce* |
| PACK LAW<br>Joseph Pack (FBN 117882)<br>Jessey J. Krehl (FBN 1025848)<br>51 Northeast 24th Street, Suite 108<br>Miami, Florida 33137<br>Telephone: 305-916-4500<br>Email: joe@packlaw.com<br>Email: jessey@packlaw.com<br><br>*Co-Counsel to Colorado Investment Holdings LLC* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>James C. Tecce (admitted pro hac vice)<br>Lucas Bento (admitted pro hac vice)<br>Kenneth B. Hershey (admitted pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: jamestecce@quinnemanuel.com<br>Email: lucasbento@quinnemanuel.com<br>Email: kenhershey@quinnemanuel.com<br><br>Eric Winston (admitted pro hac vice)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213-443-3000<br>Facsimile: 213-443-3100<br>Email: ericwinston@quinnemanuel.com<br><br>Olga Vieira (FBN 29873)<br>Daniel Humphrey (FBN 1024695)<br>2601 South Bayshore Dr, Suite 1550<br>Miami, Florida 33133<br>Telephone: 305-402-4880<br>Facsimile: 305-901-2975<br>Email: olgavieira@quinnemanuel.com<br>Email: danielhumphrey@quinnemanuel.com<br><br>*Counsel to Colorado Investment Holdings LLC* |

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was served upon all interested parties and the Court via the Court's Case Management / Electronic Case Files system on October 25, 2024.

By: */s/ Jessey J. Krehl*
Jessey J. Krehl, Esq.
jessey@packlaw.com

## Exhibit A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

Chapter 15
Case No.: 23-11719-MAM

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., and WWMB PARTICIPAÇÕES LTDA.,

    Defendant.
_____/

Adv. Case No. 23-01118

**AGREED *EX PARTE* ORDER GRANTING AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO APPROVE BRIEFING SCHEDULE**

**THIS MATTER** came before the Court without hearing upon the *Agreed* ex Parte *Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint and to Approve Briefing Schedule* [Docket No. [__]] (the "Motion")[1]. Based on the agreement of Colorado and Plaintiff, and the statements of counsel that the Brazilian Defendants do not oppose the relief requested notwithstanding their taking no action in order to preserve their jurisdictional defenses, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. The Defendants shall be granted an extension of time within which to respond to the Second Amended Complaint through and including November 18, 2024.

3. Any motion(s) to dismiss the Second Amended Complaint shall be filed on or before November 18, 2024.

4. Any opposition(s) to any motion(s) to dismiss shall be filed on or before December 18, 2024.

5. Any reply(ies) in support of any motion(s) to dismiss shall be filed on or before January 17, 2025.

# # #

**Submitted by:**
**PACK LAW**
Jessey J. Krehl, Esq.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: jessey@packlaw.com
*Counsel to Colorado Investment Holdings LLC*

*(Attorney Krehl shall serve a conformed copy of the foregoing order upon all interested parties and file a Certificate of Service with this Court.)*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

2