

**ORDERED in the Southern District of Florida on October 25, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| TINTO HOLDING LTDA., | Chapter 15<br>Case No.: 23-11719-MAM |
|    Debtor in a Foreign Proceeding.<br>_____/ | |
| AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA., | |
|    Plaintiff, | Adv. Case No. 23-01118 |
| v. | |
| COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., and WWMB PARTICIPAÇÕES LTDA., | |
|    Defendant.<br>_____/ | |

**AGREED *EX PARTE* ORDER GRANTING AGREED *EX PARTE*
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
SECOND AMENDED COMPLAINT AND TO APPROVE BRIEFING SCHEDULE**

**THIS MATTER** came before the Court without hearing upon the *Agreed* ex Parte *Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint and to Approve Briefing Schedule* [Docket No. 192] (the "Motion")[1]. Based on the agreement of Colorado and Plaintiff, and the statements of counsel that the Brazilian Defendants do not oppose the relief requested notwithstanding their taking no action in order to preserve their jurisdictional defenses, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. The Defendants shall be granted an extension of time within which to respond to the Second Amended Complaint through and including November 18, 2024.

3. Any motion(s) to dismiss the Second Amended Complaint shall be filed on or before November 18, 2024.

4. Any opposition(s) to any motion(s) to dismiss shall be filed on or before December 18, 2024.

5. Any reply(ies) in support of any motion(s) to dismiss shall be filed on or before January 17, 2025.

# # #

**Submitted by:**
**PACK LAW**
Jessey J. Krehl, Esq.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: jessey@packlaw.com
*Counsel to Colorado Investment Holdings LLC*

*(Attorney Krehl shall serve a conformed copy of the foregoing order upon all interested parties and file a Certificate of Service with this Court.)*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.