UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtor in a Foreign Proceeding.
_____/

Chapter 15
Case No.: 23-11719-MAM

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of TINTO HOLDING LTDA.,

    Plaintiff,

v.

COLORADO INVESTMENT HOLDINGS LLC, J&F INVESTIMENTOS S.A., JJMB PARTICIPAÇÕES LTDA., WWMB PARTICIPAÇÕES LTDA., JOESLEY MENDONÇA BATISTA, WESLEY MENDONÇA BATISTA, and JBS S.A.,

    Defendants.
_____/

Adv. Case No. 23-01118

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the *Agreed* ex Parte *Order Granting Agreed* ex Parte *Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint and to Approve Briefing Schedule* [Docket No. 193], entered by this Court on September 19, 2024, was served via this Court's Case Management / Electronic Case Files system on all parties registered to receive electronic service thereby, as indicated on the service list below, on the date such materials were entered.

Dated: October 28, 2024

**PACK LAW, P.A.**

By: */s/ Jessey J. Krehl*
    Jessey J. Krehl, Esq.

Joseph A. Pack (FBN 117882)
Jessey J. Krehl (FBN 1025848)
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: 305-916-4500
Email: joe@packlaw.com
Email: jessey@packlaw.com

*Co-Counsel to Colorado Investment Holdings LLC*

## SERVICE LIST

**23-01118-MAM Notice will be electronically mailed to:**

Andrew E Goldsmith on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., agoldsmith@kellogghansen.com, aholloman@khhte.com

Gregory S Grossman, Esq on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com;arodriguez@sequorlaw.com;rcoleman@sequorlaw.com

Derek T. Ho on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., dho@kellogghansen.com, nreyes@kellogghansen.com

Daniel Humphrey on behalf of Defendant Colorado Investment Holdings, LLC danielhumphrey@quinnemanuel.com, michaelalvarez@quinnemanuel.com

Grace W. Knofczynski on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., gknofczynski@kellogghansen.com, grace-knofczynski-0917@ecf.pacerpro.com

Jessey J Krehl on behalf of Defendant Colorado Investment Holdings, LLC jessey@packlaw.com

Nyana A Miller on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., nmiller@sequorlaw.com, mrivera@sequorlaw.com;mcohen@sequorlaw.com

Jennifer Mosquera on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A., jmosquera@sequorlaw.com, afalcon@sequorlaw.com

Joseph A Pack on behalf of Defendant Colorado Investment Holdings, LLC
joe@packlaw.com

Chase Robinett on behalf of Plaintiff AJ Ruiz Consultoria Empresarial S.A.,
crobinett@kellogghansen.com

Gabriela Ruiz on behalf of Defendant JBS S.A.
gruiz@fordobrien.com

Olga M Vieira on behalf of Defendant Colorado Investment Holdings, LLC
olgavieira@quinnemanuel.com, ivettegalante@quinnemanuel.com

Jason Zakia on behalf of Defendants J&F Investimentos S.A.; JJMB Participacoes LTDA; WWMB Participacoes LTDA; Joesley Mendonca Batista; Wesley Mendonca Batista
jzakia@whitecase.com, mco@whitecase.com

**23-01118-MAM Notice will not be electronically mailed to:**

Amy C. Brown
275 Madison Ave 24th Floor
New York, NY 10016

Laura Garr
1221 Avenue of the Americas
New York, NY 10020

Stephen R. Halpin III
275 Madison Avenue, 24th Floor
New York, NY 10016

Katherine Scherling
c/o Quinn Emanuel et al
51 Madison Ave, Fl 22
New York, NY 10010

James C. Tecce
Quinn Emanuel et al
51 Madison Ave., Floor 22
New York, NY 10010